AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| ATICO INTERNATIONAL USA, INC., et.al., | ) |
|---|---|
| Plaintiff | ) |
| v. | )  Civil Action No. **09-60397-Civ-COHN/SELTZER** |
| LUV N'CARE, LTD., et.al. | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

REGISTERED AGENT: N. EDWARD HAKIM
c/o LUV N' CARE, LTD.
200 Sabine Street
Monroe, Louisiana 71201

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jeffrey H. Kamenetsky, Esq.
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, FL 33301

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**March 13, 2009**
Date: __March 13, 2009__



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Michael W. Beck
Deputy Clerk
U.S. District Courts

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

ATICO INTERNATIONAL USA, INC., et.al., )
        Plaintiff )
v. ) Civil Action No. **09-60397-Civ-COHN/SELTZER**
LUV N'CARE, LTD., et.al. )
        Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*

REGISTERED AGENT: DANIEL P. MYERS, II
c/o ADMAR INTERNATIONAL, INC.
309 Rehoboth Avenue
Rehoboth Beach, DE  19971

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jeffrey H. Kamenetsky, Esq.
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, FL  33301

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **March 13, 2009**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Michael W. Beck
Deputy Clerk
U.S. District Courts

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*