UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, and WALGREEN
CO., an Illinois corporation

        Plaintiffs,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

        Defendants.
_____/

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants Luv N' Care, Ltd. ("Luv N' Care") and Admar International ("Admar"), (hereinafter, collectively, "the LNC Defendants"), pursuant to Local Rule 7.1, respectfully move the Court for entry of an order granting the LNC Defendants an extension of time to respond to Plaintiffs' Complaint.  In support thereof, the LNC Defendants state as follows:

    1.    Plaintiffs filed their Complaint on March 13, 2009.

    2.    Plaintiffs did not serve process on the LNC Defendants until March 19th and 20th. Thus, ordinarily, pursuant to Rule 12 of the Federal Rules of Civil Procedure, the LNC Defendants' responses to the Complaint would be due on or before April 8th and 9th.

    3.    However, the LNC Defendants have only just retained the undersigned counsel to represent them in this matter within the past business day.  As such, the undersigned counsel naturally has previously scheduled matters to attend to in their other cases.  Moreover, the undersigned counsel has not yet had adequate time to properly investigate the allegations

contained within Plaintiffs' Complaint in order to frame a response within the impending deadline.

4. Plaintiffs' counsel has advised and the undersigned is aware that this case is related, either in whole or in part, to two other cases: one pending in the Southern District of New York, styled *Luv N' Care, Ltd. and Admar Int'l, Inc. v. Walgreen Co. and Kmart Corp.* (*see* Compl., Ex. A); and the other in the Eastern District of Texas, styled *Luv N' Care, Ltd. and Admar Int'l, Inc. v. Royal King Baby Product Co., Ltd.*.

5. Therefore, because of the mirroring and potentially overlapping claims, it is essential that the undersigned counsel have an adequate opportunity to become familiar with the allegations and procedural posture of those cases before having to respond to Plaintiffs' Complaint pending before this Court.

6. In sum, due to the undersigned counsels' previous commitments, the complexity of Plaintiffs' claims, and the existence of similar actions in other districts, undersigned counsel is in need of a brief extension of time to investigate and prepare the LNC Defendants' responses to the Complaint.

7. Accordingly, the LNC Defendants seek a twenty-two (22) day extension of time to and including Friday, May 1, 2009, within which to respond to the Complaint.

8. Defendants have contacted Plaintiffs as to the relief requested herein pursuant to Local Rule 7.1, and Plaintiffs' counsel has expressly stated that: "If, and only if, Feldman Gale is the lead and only firm that will appear in this case on behalf of defendants, we can agree to a courtesy extension.  Please affirmatively represent that lead counsel for defendants in the Texas and New York cases (the Cohen firm) will never appear in this case.  Otherwise, still nothing will have changed and plaintiffs will oppose defendants' motion for an enlargement of time."

9. This Motion is made in good faith and not for the purposes of delay.

WHEREFORE, the LNC Defendants respectfully request that this Court grant them an extension of time, to and including Friday, May 1, 2009, within which to respond to Plaintiffs' Complaint. A proposed Order is attached.

Dated: March 31, 2009.

Respectfully submitted,
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131-4332
Telephone: 305-358-5001
Facsimile: 305-358-3309

By: ___/s_ Susan J. Latham_____
James A. Gale / 371726
E-mail: JGale@FeldmanGale.com
Susan J. Latham / 687391
E-mail: SLatham@FeldmanGale.com
*Attorneys for Defendants Luv N' Care, Ltd. and Admar International, Inc.*

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule 7.1, Defendants' counsel conferred with Plaintiffs' counsel regarding the relief sought in this motion. As explained in paragraph 8 above, Plaintiffs' counsel did not agree to the requested relief.

___/s_ Susan J. Latham_____
SUSAN J. LATHAM

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 31st day of March 2009, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by this Court's CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

             _____/s  *Susan J. Latham*_____
             SUSAN J. LATHAM


## SERVICE LIST

*Atico International USA, Inc. v. Luv N' Care, Ltd.,  et al*.
Case No. 09-60397-CIV-COHN/SELTZER
United States District Court, Southern District of Florida


Jeffrey H. Kamenetsky and
Jason R. Buratti
Christopher & Weisburg, P.A.
200 East Las Olas Blvd., Suite 2040
Ft. Lauderdale, FL 33301
Phone: 954-828-1488
Facsimile: 954-828-9122
*Via CM/ECF*.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

**ATICO INTERNATIONAL USA, INC.,**
a Delaware corporation, and **WALGREEN
CO.,** an Illinois corporation

       **Plaintiffs,**

vs.

**LUV N' CARE, LTD.,** a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.,** a
Delaware corporation,

       **Defendants.**
_____/

### ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

THIS MATTER came before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint. The Court, being fully apprised of the premises, hereby

**ORDERS AND ADJUDGES** that:

1. Defendants' Motion for Extension of Time to Respond to Plaintiffs Complaint is hereby **GRANTED**.

2. Defendants shall each have to and including Friday, May 1, 2009 to respond to Plaintiffs' Complaint.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this ____ day of April 2009.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Parties of Record.