UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, and WALGREEN
CO., an Illinois corporation

        Plaintiffs,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

        Defendants.
_____/

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

THIS MATTER came before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint. The Court, being fully apprised of the premises, hereby

**ORDERS AND ADJUDGES** that:

Defendants' Motion for Extension of Time to Respond to Plaintiffs Complaint is hereby **GRANTED**.

Defendants shall each have to and including Friday, May 1, 2009 to respond to Plaintiffs' Complaint.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this 1st day of April 2009.

*[signature]*
JAMES I. COHN
United States District Judge

Copies to:
Parties of Record.