## Jason Buratti

**From:** Jason Buratti
**Sent:** Thursday, March 26, 2009 1:12 PM
**To:** Rochelle Weisburg; 'Scott Daniels'
**Cc:** Ingrid Riera; Jeff Kamenetsky; 'Morris Cohen'; Alan M. Weisberg
**Subject:** LNC & Admar v. Atico & Walgreens

Dear Rochelle:

We confirm my call with you and Jim Gale a few minutes ago as that call pertains to the New York action. You requested to know whether defendants would agree to move the pre-motion hearing the Court directed for Monday. For information, we only learned of the conference yesterday and have already moved things around to accommodate the hearing. That said, if Scott Daniels is available on Friday, we would not oppose changing the date. Accordingly, we are available next week for the conference that the Court scheduled on Monday. We also could be available Tuesday or Friday. As I said on the call, we would not agree to wait any longer than next week.

Scott, are you available on Friday?

Thank you,
Jason

---

**From:** James A. Gale, Esq. [mailto:jgale@FeldmanGale.com]
**Sent:** Thursday, March 26, 2009 12:28 PM
**To:** Jason Buratti
**Cc:** Ingrid Riera; Jeff Kamenetsky; Rochelle Weisburg; Jeffrey D. Feldman
**Subject:** RE: Atico & Walgreens v. LNC & Admar

Hi Jason,

    Good to speak with you again. Hope all is well. Rochelle and I would like to speak with Jeff or you today. This cannot wait until Monday. Please call me at your convenience and I will patch in Rochelle.
    Regards,
Jim

**James A. Gale, Esq.**
**Board Certified in**
**Intellectual Property Law**
**JGale@FeldmanGale.com**
**Feldman Gale P.A.**
**One Biscayne Tower, 30th Floor**
2 South Biscayne Blvd.
Miami, Fl. 33131
http://www.FeldmanGale.com
Tel.   305.358.5001
Fax   305.358.3309
E-fax  305.675.2384
Cell   954.610.5777

******************************************************************

**From:** Jason Buratti [mailto:JBuratti@cwiplaw.com]
**Sent:** Thursday, March 26, 2009 11:53 AM
**To:** James A. Gale, Esq.
**Cc:** Ingrid Riera; Jeff Kamenetsky
**Subject:** Atico & Walgreens v. LNC & Admar

Dear Jim:

How are you?

I've just returned your call. We've limited availability this afternoon and then are available again on Monday afternoon or Tuesday.

I look forward to talking with you again.

Thank you,
Jason

**Jason R. Buratti**
   *Intellectual Property & Corporate Technology Litigation*
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida* 33301
954.828.1488
1455 Pennsylvania Avenue, Suite 100
Washington, District of Columbia*  20004
Facsimile:  954.828.9122
Electronic mail:  jburatti@cwiplaw.com

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.  If you are not the intended recipient, do not read, distribute, or reproduce this transmission.  If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.
*Admitted in the District of Columbia and Commonwealth of Virginia and not yet in Florida (pending)

James A. Gale, Esq.
Board Certified in Intellectual Property Law
Feldman Gale, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd
Miami, FL 33131
Tel: 305.358.5001 | Fax: 305.358.3309
jgale@FeldmanGale.com
www.FeldmanGale.com

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.
_____
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient, or the employer agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately.
Thank you.

Please visit http://www.FeldmanGale.com/ for more information about our Firm.