## Jason Buratti

| | |
|---|---|
| **From:** | Jason Buratti |
| **Sent:** | Tuesday, March 31, 2009 3:25 PM |
| **To:** | 'Rochelle Weisburg'; 'Susan J. Latham'; 'James A. Gale, Esq.' |
| **Cc:** | Morris Cohen; Jeff Kamenetsky; Alan M. Weisberg |
| **Subject:** | RE: Atico Int'l v. Luv N' Care - motion for extension of time. |

Dear Rochelle:

Were we an intended recipient of this email?

Thank you,
Jason

---

**From:** Rochelle Weisburg [mailto:RWeisburg@ipcases.com]
**Sent:** Tuesday, March 31, 2009 3:21 PM
**To:** Jason Buratti; 'Susan J. Latham'; 'James A. Gale, Esq.'
**Cc:** Morris Cohen; Jeff Kamenetsky; Alan M. Weisberg
**Subject:** RE: Atico Int'l v. Luv N' Care - motion for extension of time.

Boy oh boy.

Rochelle R. Weisburg, Esq.
Of Counsel

Law Offices of Morris E. Cohen, P.C.
1 Penn Plaza, Suite 2527
New York, New York 10119
T (212) 244-4111 x 205
F (212) 563-7108
rweisburg@ipcases.com

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
The information in this email and in any attachments is confidential and intended solely for the attention and use of the named addressee(s). This information may be subject to legal, professional or other privilege or may otherwise be protected by work product immunity or other legal rules. It must not be disclosed to any person without our authority. To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this email, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are not authorized to and must not disclose, copy, distribute, or retain this message or any part of it. If you received this communication in error, please immediately notify us by email and destroy the original message and any printout thereof. Thank you.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

---

**From:** Jason Buratti [mailto:JBuratti@cwiplaw.com]
**Sent:** Tuesday, March 31, 2009 2:41 PM
**To:** Susan J. Latham; James A. Gale, Esq.
**Cc:** Rochelle Weisburg; Morris Cohen; Jeff Kamenetsky; Alan M. Weisberg
**Subject:** RE: Atico Int'l v. Luv N' Care - motion for extension of time.

Dear Susan:

Paragraph 8 is not accurate. Plaintiffs said they would oppose the requested stay during the Rule 7.1 conference with defendants' lead litigation counsel and Mr. Gale last Thursday. See attached email. Nothing has changed except that your draft motion indicates your firm has now been retained. If, *and only if*, Feldman Gale is the lead and only firm that will appear in this case on behalf of defendants, we can agree to a courtesy extension. Please affirmatively represent that lead counsel for defendants in the Texas and New York cases (the Cohen firm) will never appear in this case. Otherwise, still nothing will have changed and plaintiffs will oppose defendants' motion for an enlargement of time.

Thank you,
Jason

**Jason R. Buratti**
  *Intellectual Property & Corporate Technology Litigation*
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida* 33301
954.828.1488
1455 Pennsylvania Avenue, Suite 100
Washington, District of Columbia*  20004
Facsimile:  954.828.9122
Electronic mail:  jburatti@cwiplaw.com

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. If you are not the intended recipient, do not read, distribute, or reproduce this transmission. If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.
*Admitted in the District of Columbia and Commonwealth of Virginia and not yet in Florida (pending)

---

**From:** Susan J. Latham [mailto:slatham@FeldmanGale.com]
**Sent:** Tuesday, March 31, 2009 1:11 PM
**To:** Jason Buratti; Jeff Kamenetsky; Alan M. Weisberg
**Cc:** James A. Gale, Esq.; Rochelle Weisburg
**Subject:** Atico Int'l v. Luv N' Care - motion for extension of time.

Gentlemen:

  Attached is a copy of Defendants' motion for extension of time to respond to Atico's complaint, which we intend on filing this afternoon. As a courtesy to you, we are providing you with an opportunity to preview our representation (in para. 8) of your non-agreement to the requested relief. Please respond to us by 4:00 pm this afternoon with either a confirmation that such representation is correct or an explanation of any error you feel that we have made in paragraph 8. If I do not hear from you by 4:00 pm, I will assume that we have accurately represented your non-agreement and will proceed to file the motion.

Thank you.

Sincerely,

Susan

---

Susan J. Latham
Attorney at Law
Feldman Gale, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd
Miami, FL 33131
Tel: 305.397.0812 | Fax: 305.358.3309
SLatham@FeldmanGale.com
www.FeldmanGale.com

---

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.
_____
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.
If the reader of this message is not the intended recipient, or the employer agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately.
Thank you.

Please visit http://www.FeldmanGale.com/ for more information about our Firm.

4/1/2009