UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, and WALGREEN
CO., an Illinois corporation

        Plaintiffs,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

        Defendants.
_____/

## ORDER TO FILE EXPEDITED RESPONSE AND REPLY

THIS CAUSE is before the Court upon Plaintiffs' Motion for Reconsideration of Order Granting Defendants' Motion for Extension of Time to Respond To Plaintiffs' Complaint [DE 7] ("Motion for Reconsideration").  The Court has considered the Motion for Reconsideration and is otherwise advised in the premises.  It is hereby

**ORDERED AND ADJUDGED** that by no later than April 3, 2009, Defendants shall file a Response to the Motion for Reconsideration and by no later than April 7, 2009, Plaintiffs shall file their Reply.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this 1st day of April 2009.

*[signature]*
JAMES I. COHN
United States District Judge

Copies Provided To All Counsel of Record on CM/ECF.