UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC., a
Delaware Corporation, and WALGREEN
CO., an Illinois Corporation,

      Plaintiffs,

vs.

LUV N' CARE, LTD., a Louisiana
Corporation, and ADMAR INTERNATIONAL,
INC., a Delaware Corporation,

      Defendants.

_____/

<u>ORDER SETTING SCHEDULING CONFERENCE</u>

THIS CAUSE has been referred to the undersigned Magistrate Judge to conduct a

Scheduling Conference pursuant to Local Rule 16.1B for the purpose of setting pre-trial

deadline dates and for determining possible consent to the jurisdiction of the Magistrate

Judge for trial.  Accordingly, it is hereby ORDERED that a Scheduling Conference will be

held on April 14, 2009, at 3:00 p.m. at the United States Courthouse, Courtroom 110, 299

East Broward Boulevard, Fort Lauderdale, Florida.   All counsel of record and

unrepresented parties are required to attend the Scheduling Conference.

Prior to the Scheduling Conference, the parties shall confer in good faith as to the

following matters:

      1.     the possibility of promptly settling or resolving the case;

      2.     the arrangements for making initial disclosures required by Federal Rule of

Procedure 26(a)(1);

3.      a plan for discovery;

4.      the preservation of discoverable information;

5.      the disclosure or discovery of electronically stored information, including the

form or forms in which it should be produced;

6.      prospective claims of privilege or work product protection and the propriety

of a Confidentiality Order; and

7.      consent to trial before a United States Magistrate Judge.

In lieu of filing the Conference Report and the Joint Proposed Scheduling Report

required by Local Rule 16.1.B, the parties may file a joint statement certifying that they

have conferred in good faith about all matters required by this Order.

DONE AND ORDERED in Fort Lauderdale, Florida, this 1st day of April 2009.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

Counsel of record and
unrepresented parties