UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ATICO INTERNATIONAL USA, INC., a Delaware corporation, and WALGREEN CO., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUV N' CARE, LTD., a Louisiana corporation, and ADMAR INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendants. | CASE NO.: 09-60397-CIV-COHN/SELTZER |

## NOTICE OF PLAINTIFF WALGREEN CO.'S VOLUNTARY DISMISSAL

Plaintiff Walgreen Co. notices dismissal without prejudice under Fed. R. Civ. P. 41(a) of its claims against defendants. Plaintiff Atico International USA, Inc. is maintaining its claims against defendants.

April 2, 2009         By:    s/Jeffrey H. Kamenetsky
                             Jeffrey H. Kamenetsky, Esq. (FL. Bar # 114571)
                             Email: jkamenetsky@cwiplaw.com
                             Alan M. Weisberg, Esq. (Florida Bar # 0479349)
                             Email: aweisberg@cwiplaw.com
                             CHRISTOPHER & WEISBERG, P.A.
                             200 East Las Olas Boulevard, Ste 2040
                             Fort Lauderdale, Florida 33301
                             Telephone: (954) 828-1488
                             Facsimile: (954) 828-9122

                             *Attorneys for Plaintiff Walgreen Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2009, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to local counsel for defendants. Same was served electronically and by U.S. mail on defendants' lead counsel:

Morris E. Cohen, Esq.
Rochelle M. Weisburg, Esq.
Law Office of Morris E. Cohen, P.C.
One Penn Plaza, Suite 2527
New York, New York 10119
212-244-4111 (phone)
212-563-7108 (fax)
rweisburg@ipcalses.com
mcohen@ipcases.com

                                    s/Alan Weisberg
                                    Alan M. Weisberg, Esq.