UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ATICO INTERNATIONAL USA, INC., a Delaware corporation, and WALGREEN CO., an Illinois corporation,

    Plaintiffs,

v.

LUV N' CARE, LTD., a Louisiana corporation, and ADMAR INTERNATIONAL, INC., a Delaware corporation,

    Defendants.

CASE NO.: 09-60397-CIV-COHN/SELTZER

## **ORDER**

Plaintiff Walgreen Co. noticed dismissal without prejudice under Fed. R. Civ. P. 41(a) of its claims against defendants. Plaintiff Atico International USA, Inc. is maintaining its claims against defendants.

IT IS ORDERED that Plaintiff Walgreen Co.'s claims against defendants are dismissed without prejudice.

Entered this _____ day of _____, 2009.

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida on _____, 2009.

_____
James I. Cohn
United States District Court Judge

Copies to Parties of Record