UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC., a
Delaware corporation, and WALGREEN
CO., an Illinois corporation,

    Plaintiffs,

v.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE OF WALGREEN'S CLAIMS AGAINST DEFENDANTS

THIS CAUSE is before the Court upon the Plaintiff Walgreen Co.'s ("Walgreen") Notice of Voluntary Dismissal [DE 10]. The Court has considered the Notice and is otherwise advised in the premises.

Walgreen seeks to dismiss, without prejudice, its claims against Defendants. Only Plaintiff Atico International USA, Inc. ("Atico") shall maintain its claims. It is therefore

**ORDERED AND ADJUDGED** that Plaintiff Walgreen Co.'s Notice of Voluntary Dismissal [DE 10] is **GRANTED**. Walgreen's claims and causes of action asserted against Defendants are in all respects **DISMISSED WITHOUT PREJUDICE**. This Order has no bearing on Plaintiff Atico's claims against Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 3rd day of April, 2009.

_____
JAMES I. COHN
United States District Judge

Copies furnished to all counsel of record on CM/ECF.