UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

**ATICO INTERNATIONAL USA, INC.,**
a Delaware corporation, and **WALGREEN
CO.,** an Illinois corporation

        **Plaintiffs,**

vs.

**LUV N' CARE, LTD.,** a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.,** a
Delaware corporation,

        **Defendants.**
_____

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that FELDMAN GALE, P.A., through James A. Gale, Esq., Jeffrey D. Feldman, Esq. and Susan J. Latham, Esq., enters this Notice of Appearance as Counsel of Record for Defendants Luv N' Care, LTD. ("Luv N' Care") and Admar International, Inc. ("Admar") in the above-captioned matter, and requests that all further motions, notices, pleadings, discovery and correspondence pertaining to, entered, filed and/or served in this action be directed to each of the undersigned.

Dated:  April 8, 2009    Respectfully submitted,

    **FELDMAN GALE, P.A.**
    *Counsel for Defendants*
    One Biscayne Tower, 30th Floor
    2 South Biscayne Blvd.
    Miami, Florida 33131
    Telephone:  305-358-5001
    Facsimile:  305-358-3309
    By:  /s *James A. Gale*_____
    James A. Gale / 371726
    jgale@feldmangale.com
    By:  /s *Jeffrey DA.Felldman*_____
    Jeffrey D. Feldman / Fla. Bar No. 330302
    JFeldman@FeldmanGale.com
    By:  /s *Susan J. Latham*_____
    Susan J. Latham / Fla. Bar No. 687391
    SLatham@FeldmanGale.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of April 2009, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record and pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by this Court's CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

/s  Susan J. Latham
SUSAN J. LATHAM

## SERVICE LIST

*Atico International USA, Inc. v. Luv N' Care, Ltd., et al.*
Case No. 09-60397-CIV-COHN/SELTZER
United States District Court, Southern District of Florida

Alan Weisberg,
Jeffrey H. Kamenetsky and
Jason R. Buratti
Christopher & Weisberg, P.A.
200 East Las Olas Blvd., Suite 2040
Ft. Lauderdale, FL 33301
Phone: 954-828-1488
Facsimile: 954-828-9122
*Via CM/ECF.*