UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, and WALGREEN
CO., an Illinois corporation

        Plaintiffs,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

        Defendants.
_____/

## ORDER GRANTING MOTION TO MODIFY TRIAL DATE

THIS CAUSE is before the Court upon Defendants' unopposed Motion to Modify Trial Date [DE 16]. The Court has considered the Motion to Modify and is otherwise advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that Defendants' Motion to Modify Trial Date [DE 16] is **GRANTED**. Calendar call is re-set for April 8, 2010 at 9:00 a.m. with trial to commence during the two-week trial period starting April 12, 2010.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this 14th day of April 2009.

_____
JAMES I. COHN
United States District Judge

Copies Provided To All Counsel of Record on CM/ECF.