UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC., a
Delaware Corporation, and WALGREEN
CO., an Illinois Corporation,

    Plaintiffs,

vs.

LUV N' CARE, LTD., a Louisiana
Corporation, and ADMAR INTERNATIONAL,
INC., a Delaware Corporation,

    Defendants.
_____/

## SCHEDULING ORDER

THIS CAUSE is before the Court on the Scheduling Conference held on April 14, 2009, before the undersigned. Trial in this cause is set for the two-week trial period commencing April 12, 2010. In addition to the deadlines set by the Honorable James I. Cohn, United States District Judge, the following pretrial deadlines are hereby set in this matter. To the extent that this Order conflicts with the Local Rules, this Order supersedes the Local Rules.

| Event | Date |
|---|---|
| Parties Exchange Rule Rule 26(a) Disclosures | May 1, 2009 |
| Joinder of Parties and Amendment of Pleadings | June 19, 2009 |
| Fact Discovery Completed | January 29, 2010 |
| Expert Discovery Completed | January 29, 2010 |
| Dispositive Pretrial Motions and Motions to Exclude or Limit Expert Testimony | February 12, 2010 |
| Mediation Completed | March 12, 2010 |
| Motions in Limine | March 26, 2010 |

| | |
|---|---|
| Responses to Motions in Limine, Joint Pretrial Stipulation and Designation of Deposition Excerpts for Trial | April 5, 2010 |
| Submission of Voir Dire Questions and Objections to Deposition Designations | Day of Calendar Call (April 8, 2010) |

**Failure to timely file a joint pretrial stipulation will lead to the dismissal of the action or the striking of defenses as appropriate.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 14th day of April 2009.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All counsel of record and
any unrepresented parties

2