UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC
      Plaintiff

vs.

LUV N' CARE, LTD AND ADMAR INTERNATIONAL, INC
      Defendants

FILED by _____ D.C.
APR 14 2009
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

================================================================

MAGISTRATE JUDGE: BARRY S. SELTZER
DEPUTY CLERK: AARON TIJERINO
COURT REPORTER: BSS-09-31-1-1330
DATE: 4/14/09  TIME: 3:00 P.M. TO 3:30 P.M.
TYPE OF HEARING: SCHEDULING CIVIL CONFERENCES

================================================================

COUNSEL: ALAN M. WEISBERG AND JEFFREY KAMENETSKY  FOR PLAINTIFF

JAMES ANTHONY GALE, JEFFREY D. FELDMAN AND SUSAN J. LATHAM FOR DEFENDANTS

REMARKS: Scheduling Order To Follow.

DR 1501-1526                                              {5 mins}