UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ATICO INTERNATIONAL USA, INC., a
Delaware corporation, and WALGREEN CO.,
an Illinois corporation,

CASE NO.: 09-60397-CIV-COHN/SELTZER

Plaintiffs,

v.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

Defendants.

**PARTIES' MOTION FOR THE COURT'S SELECTION OF A MEDIATOR**

Plaintiff Atico International USA, Inc. (Atico) and defendants Luv N' Care, Ltd., and Admar International, Inc. (the Parties) move this Court to instruct the Clerk of the Court to randomly and blindly select a mediator from the list of certified mediators. The deadline for the Parties to select a mediator is May 1, 2009. The Parties have conferred on the matter, and are unable to reach an agreement as to the selection of a mediator. Atico proposes David H. Lichter. Since the parties cannot agree, the Parties consent to the Clerk randomly selecting a mediator from the list of certified mediators.

WHEREFORE, the Parties respectfully request the Court to instruct the Clerk to randomly and blindly select a mediator from the list of certified mediators.

Dated: May 1, 2009.

By: <u>   /s/ Jeffrey H. Kamenetsky</u>
Jeffrey H. Kamenetsky, Esq.
Florida Bar Number 114,571
jkamenetsky@cwiplaw.com
Alan M. Weisberg, Esq.
Florida Bar Number 479,349
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
Facsimile: (954) 828-9122
*Attorneys for Plaintiffs*

153968