UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ATICO INTERNATIONAL USA, INC., a Delaware corporation, and WALGREEN CO., an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LUV N' CARE, LTD., a Louisiana corporation, and ADMAR INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendants. | CASE NO.: 09-60397-CIV-COHN/SELTZER |

**PLAINTIFF'S NOTICE OF FILING CERTIFICATE OF SERVICE RE: DE 23**

Plaintiff Atico International USA, Inc. (Atico) inadvertently omitted to include a Certificate of Service on the Plaintiff's (Incorrectly titled "Parties'") Motion for the Court's Selection of a Mediator filed on May 1, 2009 (DE 23). Defendants' counsel is being served today via United States Mail and e-mail.

Dated: May 4, 2009.

By: ___/s/ Jeffrey H. Kamenetsky
Jeffrey H. Kamenetsky, Esq.
Florida Bar Number 114571
jkamenetsky@cwiplaw.com
Alan M. Weisberg, Esq.
Florida Bar Number 479349
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
Facsimile: (954) 828-9122
*Attorneys for Plaintiffs*




## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2009, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to local counsel for defendants, and I will send copies of this Notice of Filing and via United States Mail and e-mail upon defendants' lead counsel as a courtesy:

Morris E. Cohen, Esq.
Rochelle M. Weisburg, Esq.
Law Office of Morris E. Cohen, P.C.
One Penn Plaza, Suite 2527
New York, New York 10119
212-244-4111 (phone)
212-563-7108 (fax)
rweisburg@ipcalses.com
mcohen@ipcases.com

James A. Gale, Esq.
Florida Bar Number 371,726
jgale@feldmangale.com
Susan Latham, Esq.
Florida Bar Number 687,391
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd
Miami, FL 33131
Telephone: (305) 358-5001
Facsimile: (305) 358-3309
*Attorneys for Defendants*

                                                     s/Jeffrey H. Kamentsky
                                                     Jeffrey H. Kamenetsky, Esq.

154240