UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ATICO INTERNATIONAL USA, INC., a
Delaware corporation, and WALGREEN CO.,
an Illinois corporation,

CASE NO.: 09-60397-CIV COHN/SELTZER

Plaintiffs,

v.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

Defendants.

**ATICO'S MOTION FOR AN EXTENSION OF TIME TO OPPOSE DEFENDANTS'
MOTION TO DISMISS COUNTS II AND III OF PLAINTIFFS' COMPLAINT**

Plaintiff ATICO INTERNATIONAL USA, INC., (Atico) moves for an extension of time
to oppose defendants' motion to dismiss Counts II and III of plaintiffs' Complaint until such
time as the Court rules of Atico's Motion for Leave to Amend.  DE. 25.  As good cause for its
Motion Atico states as follows:

1.      Defendants moved to dismiss Counts II and III of plaintiffs' Complaint on April
15, 2009.  DE 18.

2.      Defendants Answered Count I that same day.  DE 19.

3.      The deadline for Atico to respond in opposition to defendants' motion to dismiss
is May 4, 2009.

4.      Atico moved the Court for leave to amend Count I and is amending Counts II and
III as of right.  DE 25.

5.      Should the Court grant Atico's motion for leave to amend, an amended Complaint would moot defendants' motion to dismiss. *See, e.g.*, *Murray v. W. Palm Beach Hous. Auth.*, 2008 U.S. Dist. LEXIS 95937 at * 2-3 (S.D. Fla 2008) (Marra, J.)

6.      Atico respectfully submits that an extension of time to oppose defendants' motion to dismiss until such time as the Court rules on Atico's motion for leave to amend would conserve judicial and party resources. *See* Fed. R. Civ. P. 1

7.      Atico attempted to confer with defendants on this matter in conjunction with its motion for leave to amend. Atico's counsel was unable to reach defendants' counsel in order to discuss the matter with them.

WHEREFORE Atico respectfully requests the Court grant an extension of time for Atico to respond to defendants' motion to dismiss until such time as the Court rules on Atico's motion for leave to amend its Complaint.

Dated: May 4, 2009

By:     s/ Jeffrey H. Kamenetsky    
Jeffrey H. Kamenetsky, Esq.
Florida Bar Number 114,571
jkamenetsky@cwiplaw.com
Alan M. Weisberg, Esq.
Florida Bar Number 479,349
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
Facsimile: (954) 828-9122
*Attorneys for Plaintiffs*
153997

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2009, I electronically filed the foregoing document with the

Clerk of the Court using the Court's CM/ECF system.


By:  s/ Jeffrey H. Kamenetsky
Jeffrey H. Kamenetsky