United States District Court
Southern District of Florida

Case No.: 09-60397-CIV-Cohn/Seltzer

**Atico International USA, Inc., et al.**
   **Plaintiff,**
vs.

**LUV N Care, Ltd., et al.**
   **Defendant.**

_____/

## CLERK'S NOTICE OF MEDIATOR DESIGNATION

 In accordance with S.D. Fla. L.R. 16.2.D.1(b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

 William C. Hearon
 One Southeast Third Avenue
 Suite 3000
 Miami, FL 33131
 Telephone: 305-579-9813   Facsimile: 305-358-4707

 Pursuant to S.D. Fla. L.R. 16.2.D.2, Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

 Jeffrey H. Kamenetsky
 jkamenetsky@cwiplaw.com
 Christopher & Weisberg, P.A.
 200 East Las Olas Boulevard, Suite 2040
 Ft. Lauderdale, FL 33301
 Telephone: 954-828-1488   Facsimile: 954-828-9122

 DONE at the Federal Courthouse Square, Miami, Florida this 5th day of May, 2009.

        STEVEN M. LARIMORE
        Court Administrator • Clerk of Court


        By: s/Judy Snyder_____
         Deputy Clerk

c: The Honorable James I. Cohn, United States District Judge
  All Counsel of Record and/or Pro Se Parties
  William C. Hearon, Certified Mediator (Copy Mailed)