UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, and WALGREEN
CO., an Illinois corporation

        Plaintiffs,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

        Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION

THIS MATTER is before the Court on Plaintiffs' Motion for an Extension of Time to Oppose Defendants' Motion to Dismiss Counts II and III of Plaintiffs' Complaint [DE 26]. The Court has considered the Motion and is otherwise advised in the premises.

As the Motion notes, there is a pending Motion for Leave to Amend [DE 25]. A Response to the Motion for Leave to Amend is due by no later than May 21, 2009. Should the Motion for Leave to Amend be granted, Defendants' Motion to Dismiss [DE 18] will be moot and no Response will be necessary. It is therefore

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for an Extension of Time to Oppose Defendants' Motion to Dismiss Counts II and III of Plaintiffs' Complaint [DE 26] is **GRANTED**. Should the Court deny the Motion for Leave to Amend, Plaintiffs shall have ten days thereafter to file their Response to the Motion to Dismiss.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 5th day of May, 2009.

JAMES I. COHN
United States District Judge

Copies provided to All counsel of record on CM/ECF