UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

**ATICO INTERNATIONAL USA, INC.,**
a Delaware corporation, and **WALGREEN
CO.**, an Illinois corporation

       **Plaintiffs,**

vs.

**LUV N' CARE, LTD.**, a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.**, a
Delaware corporation,

       **Defendants.**

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION
FOR LEAVE TO AMEND COUNT I OF ITS COMPLAINT**

Defendants, Luv N' Care, Ltd. ("Luv n' care") and Admar International ("Admar") (collectively, the "Defendants"), hereby respectfully respond to Plaintiff's motion for leave to amend Count I of its complaint (DE 25) as follows:

1. On May 4, 2009, Plaintiff filed its motion for leave to amend its complaint. D.E. 25.

2. Subject to the below, Defendants do not object to the proposed amendment, so long as it is clear that: (i) Defendants do not waive their positions that the amendment is "futile," either in whole or in part, as the requested amendment does not cure the deficiencies as to the counts that are the subject of the pending motion to dismiss, and (ii) that there may exist other deficiencies in the newly proposed counts. Defendants reserve and do not waive the right to contest these claims upon the filing of the proposed Amended Complaint.

3. In Plaintiff's proposed amended complaint, the newly proposed Counts I thru VI represent an amendment to Count I of the original complaint.  D.E. 25, Ex. A.

4. Defendants answered Count I of the original complaint on April 15, 2009. D.E. 19.

5. Plaintiff declined Defendants' request for a copy of the proposed amended complaint before Plaintiff filed its motion, so as to obviate the need for its motion.

6. Having reviewed proposed amendments, Defendants do not oppose Plaintiff's amendment of Count I of its original complaint (proposed Counts I thru VI), subject to the right to contest one or more of those claims upon filing.

7. In Plaintiff's proposed amended complaint, Counts VII and VIII represent an amendment of Counts II and III of the original complaint. D.E. 25, Ex. A.

8. Defendants previously moved to dismiss Counts II and III of the original complaint on April 15, 2009. D.E. 18.

9. Plaintiff has requested, and been granted by the Court, an extension of time to oppose Defendants' motion to dismiss Counts II and III of the original complaint. D.E. 26 and 28.

10. Neither in Plaintiff's motion for leave to amend, nor in Plaintiff's motion for an extension, did Plaintiff attempt to argue or explain how it would be possible to correct the legal deficiencies in its original Counts II and III.

11. Because Plaintiff did not request an extension of time from Defendants to respond to their motion to dismiss, Defendants did not agree to such an extension.[1]

12. Although Defendants believe the legal deficiencies in Plaintiff's original Counts II and III render leave to amend those counts futile, given counsel's duty of courtesy and cooperation for the efficient administration of our system of justice, *see*

---

[1] It should not go unnoticed that Plaintiff failed to meet its obligations under Local Rule 7.1.A.3 in relation to its motion for the extension of time. Plaintiff's counsel failed to make the required "reasonable efforts" to contact Defendants' counsel before filing its motion for extension of time (D.E. 26). Plaintiff had known, since at least April 30, 2009, that it intended to file a motion to amend its complaint, and Plaintiff used that as the basis for its requested extension of time. However, Plaintiff not only refused to provide Defendants a copy of the proposed amended complaint, so as to evaluate that request, but also made no attempt to meet and confer on any request for an extension of time until *after* business hours on May 4, 2009 and only 48 minutes before it filed its motion for extension of time. Indeed, Mr. Kamenetsky sent an email to Mr. Gale at 7:03 pm, and then filed Plaintiff's motion for extension of time at 7:51 pm. However, because this Court has already granted Plaintiff's motion for extension of time, such issues appear to be moot.

D.E. 14, at p. 2, n. 2, Defendants will not oppose Plaintiff's amendment of Counts II and III of the original complaint (proposed Counts VII and VIII), provided Defendants are permitted to maintain and supplement its original motion or, in the alternative, file a revised version of their motion to dismiss in light of the amendments and within a reasonable time.

WHEREFORE, Defendants respectfully request that the Court exercise its discretion and permit Defendants a reasonable time, preferably twenty (20) days, within which to respond to the Amended Complaint.

Dated: May 21, 2009               Respectfully submitted,

**FELDMAN GALE, P.A.**
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  305-358-5001
Facsimile:  305-358-3309

By:  /s/ Susan J. Latham
      James A. Gale / 371726
      E-mail: JGale@FeldmanGale.com
      Susan J. Latham / 687391
      E-mail: SLatham@FeldmanGale.com
      *Attorneys for Defendants Luv N' Care, Ltd. and Admar International, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY certify that on this 21st day of May 2009, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified either via transmission of Notices of Electronic Filing generated by this Court's CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

  /s/ Susan J. Latham
  SUSAN J. LATHAM

## SERVICE LIST

*Atico International USA, Inc. v. Luv N' Care, Ltd., et al.*
Case No. 09-60397-CIV-COHN/SELTZER
United States District Court, Southern District of Florida

Alan Weisberg
aweisberg@cwiplaw.com
Jeffrey H. Kamenetsky
jkamenetsky@cwiplaw.com
Christopher & Weisberg, P.A.
200 East Las Olas Blvd., Suite 2040
Ft. Lauderdale, FL 33301
Phone: 954-828-1488
Facsimile: 954-828-9122
*Via CM/ECF*.