UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, and WALGREEN
CO., an Illinois corporation

        Plaintiffs,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

        Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND

THIS MATTER is before the Court on Plaintiff's Motion for Leave to Amend Count I of its Complaint [DE 25]. The Court has considered the Motion, Defendants' Response [DE 29] and is otherwise advised in the premises.[1]  Defendants do not object to the amendment but aver that the proposed Amended Complaint is still susceptible to a motion to dismiss.  Therefore, Defendants request twenty days to respond to the Amended Complaint.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Leave to Amend Count I of its Complaint [DE 25] is **GRANTED**.

By no later than May 29, 2009, Plaintiff shall separately file its Amended Complaint.

---

[1] The Court notes the contentious tone of this litigation.  The Court expects counsel to cooperate and to fully comply with the applicable rules in all proceedings in this cause.  See S.D. Fla. L.R. 11.1.C (incorporating the Rules Regulating The Florida Bar into Local Rules); Preamble, Guidelines for Professional Conduct,  Florida Bar Rules (noting that attorneys have a "duty of courtesy and cooperation with fellow professionals for the efficient administration of our system of justice and the respect of the public it serves").

Defendants shall answer or otherwise respond to the Amended Complaint within twenty days of Plaintiff filing the document.

2. Defendants' Motion to Dismiss Counts II and III of Plaintiff's Complaint [DE 18] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 22nd day of May, 2009.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
All counsel of record on CM/ECF