AO 441 (Rev. 02/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Atico International, Inc. <br> *Plaintiff* <br> v. <br> Luv N' Care, Ltd., and Admar International, Inc. <br> *Defendant, Third-party plaintiff* <br> v. <br> Walgreen Co. <br> *Third-party defendant* | Civil Action No. 09-civ-60397 Cohn/Seltzer |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Walgreen Co.
200 Wilmot Road
Deerfield, IL 60015

(Registered Agent: Allan M. Resnick)

A lawsuit has been filed against defendant   Luv n' care, Ltd & Admar  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Atico International USA, Inc.  .

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

James A. Gale, Feldman Gale, P.A.
One Biscayne Tower, 30th Floor, 2 South Biscayne Blvd.
Miami, Florida 33131

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Alan Weisberg, Christopher & Weisberg, P.A.
200 East Las Olas Blvd., Suite 2040
Ft. Lauderdale, Florida 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   **JUNE 19, 2009**
         06/19/2009



Steven M. Larimore
Clerk of Court

## SUMMONS

s/ToniAnn Schettino
Deputy Clerk
U.S. District Courts