UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ATICO INTERNATIONAL USA, INC., a Delaware corporation, | |
| Plaintiff, | CASE NO.: 09-60397-CIV-COHN/SELTZER |
| v. | |
| LUV N' CARE, LTD., a Louisiana corporation, and ADMAR INTERNATIONAL, INC., a Delaware corporation, | |
| Defendants. _____/ | |
| LUV N' CARE, LTD., a Louisiana corporation, and ADMAR INTERNATIONAL, INC., a Delaware corporation, | |
| Counter-claim and Third Party Plaintiffs, | |
| v. | |
| ATICO INTERNATIONAL USA, INC. a Delaware corporation, Counterclaim Defendant and WALGREEN CO., an Illinois corporation, Third Party Defendant. | |

# ATICO'S ANSWER
# TO DEFENDANTS' COUNTERCLAIM AND AFFIRMATIVE DEFENSES

Plaintiff/Counterclaim Defendant, Atico International USA, Inc. ("Atico"), hereby files its Answer and Affirmative Defenses to Defendant/Counterclaim and Third Party Plaintiffs Luv N' Care Ltd. and Admar International, Inc.'s Counterclaims, and states as follows:

## ANSWER TO COUNTERCLAIMS

Atico answers Defendant/Counter Plaintiffs Luv N' Care Ltd. and Admar International, Inc.'s (collectively "Counterclaim Plaintiffs") Counterclaims as follows.

1. Atico admits the allegations in this paragraph.

2. Atico denies the allegations in this paragraph.

3. Atico denies the allegations in this paragraph.

4. Atico admits that this court has personal jurisdiction over it. Atico denies the remaining allegations in this paragraph.

5. Atico admits the allegations in this paragraph.

6. Atico admits the allegations in this paragraph.

7. Atico admits the allegations in this paragraph.

8. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

9. Atico admits the allegations in this paragraph.

10. Atico admits the allegations in this paragraph.

11. Atico admits the allegations in this paragraph.

12. Atico denies the allegations in this paragraph.

13. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

14. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

15. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

16. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.
17. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.
18. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.
19. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.
20. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.
21. Atico denies the allegations in this paragraph.
22. Atico denies the allegations in this paragraph.
23. Atico denies the allegations in this paragraph.
24. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.
25. Atico admits the allegations in this paragraph.
26. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.
27. Atico denies the allegations in this paragraph.
28. Atico admits the allegations in this paragraph.
29. Atico denies the allegations in this paragraph.
30. Atico denies the allegations in this paragraph.
31. Atico denies the allegations in this paragraph.

32. Atico denies the allegations in this paragraph.

33. Atico denies the allegations in this paragraph.

34. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

35. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

36. Atico admits that Exhibits A-D include, among them, pictures of products sold to Walgreens. Atico denies the remaining allegations in this paragraph.

37. Atico denies the allegations in this paragraph.

38. Atico admits the allegations in this paragraph.

39. Atico denies the allegations in this paragraph.

40. Atico denies the allegations in this paragraph.

41. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

42. Atico denies the allegations in this paragraph.

43. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

44. Atico denies the allegations in this paragraph.

45. Atico admits the allegations in this paragraph.

46. Atico denies the allegations in this paragraph.

47. Atico denies the allegations in this paragraph.

48. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

49. Atico denies the allegations in this paragraph.

50. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

51. Atico denies the allegations in this paragraph.

52. Atico admits the allegations in this paragraph.

53. Atico denies the allegations in this paragraph.

54. Atico denies the allegations in this paragraph.

55. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

56. Atico denies the allegations in this paragraph.

57. Atico denies the allegations in this paragraph.

58. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

59. Atico denies the allegations in this paragraph.

60. Atico admits the allegations in this paragraph.

61. Atico denies the allegations in this paragraph.

62. Atico denies the allegations in this paragraph.

63. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

64. Atico denies the allegations in this paragraph.

65. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

66. Atico denies the allegations in this paragraph.

67. Atico denies the allegations in this paragraph.

68. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

69. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

70. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

71. Atico denies the allegations in this paragraph.

72. Atico denies the allegations in this paragraph.

73. Atico denies the allegations in this paragraph.

74. Atico denies the allegations in this paragraph.

75. Atico denies the allegations in this paragraph.

76. Atico denies the allegations in this paragraph.

77. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

78. Atico denies the allegations in this paragraph.

79. Atico denies the allegations in this paragraph.

80. Atico denies the allegations in this paragraph.

81. Atico denies the allegations in this paragraph.

82. Atico denies the allegations in this paragraph.

83. Atico denies the allegations in this paragraph.

84. Atico denies the allegations in this paragraph.

85. Atico denies the allegations in this paragraph.

86. Atico denies the allegations in this paragraph.

87. Atico denies the allegations in this paragraph.

88. Atico denies the allegations in this paragraph.

89. Atico denies the allegations in this paragraph.

90. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

91. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

92. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

93. Atico denies the allegations in this paragraph.

94. Atico denies the allegations in this paragraph.

95. Atico denies the allegations in this paragraph.

96. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

97. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

98. Atico denies the allegations in this paragraph.

99. Atico denies the allegations in this paragraph.

100. Atico denies the allegations in this paragraph.

101. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

102. Atico denies the allegations in this paragraph.

103. Atico denies the allegations in this paragraph.

104. Atico denies the allegations in this paragraph.

105. Atico denies the allegations in this paragraph.

106. Atico denies the allegations in this paragraph.

107. Atico denies the allegations in this paragraph.

108. Atico denies the allegations in this paragraph.

109. Atico denies the allegations in this paragraph.

110. Atico denies the allegations in this paragraph.

111. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

112. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

113. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

114. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

115. Atico denies the allegations in this paragraph.

116. Atico denies the allegations in this paragraph.

117. Atico denies the allegations in this paragraph.

118. Atico denies the allegations in this paragraph.

119. Atico denies the allegations set forth in this paragraph.

120. Atico admits that Exhibit F depicts a letter to Walgreens.

121. Atico denies the allegations in this paragraph.

122. Atico denies the allegations in this paragraph

123. Atico realleges each of its previous answers contained in paragraphs 1 through 122.

124. Atico denies the allegations in this paragraph.

125. Atico denies the allegations in this paragraph.

126. Atico denies the allegations in this paragraph.

127. Atico denies the allegations in this paragraph.

128. Atico denies the allegations in this paragraph.

129. Atico denies the allegations in this paragraph.

130. Atico realleges each of its previous answers contained in paragraphs 1 through 122.

131. Atico denies the allegations in this paragraph.

132. Atico denies the allegations in this paragraph.

133. Atico denies the allegations in this paragraph.

134. Atico denies the allegations in this paragraph.

135. Atico denies the allegations in this paragraph.

136. Atico realleges each of its previous answers contained in paragraphs 1 through 122.

137. Atico lacks information sufficient to form a belief as to these allegations and therefore denies them.

138. Atico denies the allegations in this paragraph.

139. Atico denies the allegations in this paragraph.

140. Atico denies the allegations in this paragraph.

141. Atico denies the allegations in this paragraph.

142. Atico denies the allegations in this paragraph.

143. Atico denies the allegations in this paragraph.

144. Atico denies the allegations in this paragraph.

145. Atico denies the allegations in this paragraph.

146. Atico realleges each of its previous answers contained in paragraphs 1 through 122.

147. Atico denies the allegations in this paragraph.

148. Atico denies the allegations in this paragraph.

149. Atico denies the allegations in this paragraph.

150. Atico denies the allegations in this paragraph.

151. Atico acknowledges that Counterclaims Plaintiffs are requesting enhanced damages. Atico denies the remaining allegations set forth in this paragraph.

152. Atico acknowledges that Plaintiff is requesting a trial by jury.

## ATICO'S AFFIRMATIVE DEFENSES TO LUV N' CARE AND ADMAR'S COUNTERCLAIM

### FIRST AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs, in each cause of action stated in this Counterclaim, have failed to state a cause of action upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs possess no trademark or trade dress rights for their asserted product designs, marks, or packaging.

### THIRD AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs cannot demonstrate any likelihood that the public will be confused, misled, or deceived as to the source of Atico's products or that Atico's products are associated with, originate with, or are endorsed by, Counterclaim Plaintiffs.

### FOURTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs' allegations should be barred under the theory of laches, equitable estoppel and/or acquiescence.

### FIFTH AFFIRMATIVE DEFENSE

The alleged trade dress and/or trademark protection asserted by Counterclaim Plaintiffs as to its product designs and packaging are not famous.

## SIXTH AFFIRMATIVE DEFENSE

The alleged trade dress asserted by Counterclaim Plaintiffs as to its product designs and packaging is functional and therefore not protectable under trade dress or trademark law.

## SEVENTH AFFIRMATIVE DEFENSE

The alleged trade dress asserted by Counterclaim Plaintiffs has not acquired secondary meaning and therefore is not protectable under trade dress or trademark law.

## EIGHT AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs are not entitled to injunctive relief because any alleged injury is not immediate or irreparable and Counterclaim Plaintiffs have adequate remedy at law.

## NINTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs cannot demonstrate that Atico has misappropriated a commercial advantage belonging to Counterclaim Plaintiffs.

## TENTH AFFIRMATIVE DEFENSE

Counterclaim Plaintiffs cannot demonstrate that Atico has engaged in any bad faith misappropriation of the labors of Counterclaim Plaintiffs which is likely to cause confusion or to deceive purchasers as to the origin of the products at issue.

## **ELEVENTH AFFIRMATIVE DEFENSE**

Defendant Admar International, Inc. has no rights as counterclaimant to assert against Atico and improperly and illegally asserts these counterclaims against Atico.

**PRAYER FOR RELIEF**

WHEREFORE, Atico respectfully requests a judgment of this Court:

(a) Dismissing all of Counterclaim Plaintiffs' counterclaims with prejudice and denying all of Counterclaim Plaintiffs' requests for relief;

(b) Entering judgment in favor of Atico for each of Counterclaim Plaintiffs' counterclaims;

(c) Awarding Atico its damages, attorneys' fees, and expenses incurred for having to defend these counterclaims;

(d) Awarding Atico all further relief permitted under the laws of the United States and the State of Florida; and

(e) Awarding Atico all such other and further relief as the Court may deem just and equitable.

July 13, 2009         By:   s/Jeffrey H. Kamenetsky
                            Jeffrey H. Kamenetsky, Esq. (FL. Bar # 114571)
                            Email: jkamenetsky@cwiplaw.com
                            Alan M. Weisberg, Esq. (FL. Bar # 047349)
                            Email: aweisberg@cwiplaw.com
                            CHRISTOPHER & WEISBERG, P.A.
                            200 East Las Olas Boulevard, Ste 2040
                            Fort Lauderdale, Florida 33301
                            Telephone: (954) 828-1488
                            Facsimile: (954) 828-9122

                            *Attorneys for Plaintiff Atico International USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2009, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system.

s/ Jeffrey H. Kamenetsky
Jeffrey H. Kamenetsky, Esq.

162311