UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

**ATICO INTERNATIONAL USA, INC.**,
a Delaware corporation,

       Plaintiff,

v.

**LUV N' CARE, LTD.**, a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.**, a
Delaware corporation,

       Defendants.
_____/

**LUV N' CARE, LTD.**, a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.**, a
Delaware corporation,

       Counterclaim and
       Third Party Plaintiffs,

v.

**ATICO INTERNATIONAL USA, INC.**,
a Delaware corporation, Counterclaim Defendant
and **WALGREEN CO.**, an Illinois corporation, Third
Party Defendant
_____/

### ORDER GRANTING DEFENDANTS'/THIRD-PARTY PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO WALGREEN'S MOTION TO DISMISS OR STAY THE THIRD PARTY COMPLAINT

**THIS CAUSE** is before the Court on the Defendants'/Third-Party Plaintiffs' Unopposed Motion for Extension of Time to Respond to Walgreen's Motion to Dismiss or Stay the Third-party Complaint [DE 43] ("Motion for Extension of Time"). The Court has reviewed the Motion for Extension of Time and is otherwise advised in the

premises.  It is hereby

**ORDERED AND ADJUDGED** that Defendants'/Third-Party Plaintiffs' Unopposed Motion for Extension of Time to Respond to Walgreen's Motion to Dismiss or Stay the Third-party Complaint [DE 43] is hereby **GRANTED.** The Third-party Plaintiffs shall each have until August 4, 2009 to respond to Walgreen's Motion to Dismiss.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this 21st day of July 2009.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies furnished to all counsel of record on CM/ECF.