UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ATICO INTERNATIONAL USA, INC., a
Delaware corporation,

          Plaintiff,                           CASE NO.: 09-60397-CIV-COHN/SELTZER

v.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

          Defendants.

---

### WALGREENS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO LNC AND ADMAR'S OPPOSITION TO WALGREENS' MOTION TO DISMISS OR STAY THE THIRD PARTY COMPLAINT

COMES NOW Walgreen Co. (Walgreens), pursuant to Local Rule 7.1, respectfully moves this Court for entry of an Order Granting it an extension of time to reply to Defendants Luv N' Care (LNC) and Admar International, Inc.'s (Admar) Opposition to its Motion to Dismiss or Stay the Third-Party Complaint (DE #37). Walgreens states the following:

1. On June 18, 2009, pursuant to the deadline set by this Court of the joinder of parties (DE #20), LNC and Admar filed a Third Party Complaint against Walgreens (DE #33).

2. On July 9, 2009, Walgreens filed its Motion to Dismiss or Stay the Third Party Complaint (DE #37).

3. LNC and Admar requested an extension of time within which to file their Response, which was originally due on July 27, 2009. LNC and Admar filed their Unopposed Motion for Extension of Time (DE #43) wherein they requested until

August 4, 2009 to file their Opposition to Walgreen's Motion to Dismiss or Stay the Third Party Complaint.

4.  On July 21, 2009, the Court granted LNC and Admar's Unopposed Motion (DE #44).

5.  On August 4, 2009 (DE #46), LNC and Admar filed their Opposition to Walgreens' Motion to Dismiss or Stay the Third-Party Complaint.

6.  Due to the need to attend to family matters out of the state, counsel for Walgreens is unavailable to attend to the aforementioned reply to LNC and Admar's Opposition to Walgreen's Motion to Dismiss or Stay Third Party Complaint until August 14, 2009.

7.  Accordingly, Walgreens respectfully requests a brief five (5) business-day extension of time, up through and including August 21, 2009, to file its Reply to LNC and Admar's Opposition to Walgreens' Motion to Dismiss or Stay the Third-Party Complaint.

8.  Pursuant to Local Rule 7.1, Walgreens' counsel contacted counsel for LNC and Admar and explained the basis for the relief requested herein.  LNC and Admar's counsel stated that they have no objection to this request for an extension of time.

9.  This motion is made in good faith and not for the purpose of delay.

WHEREFORE, Walgreens respectfully requests that this Court grant its motion for an extension of time, up to and including August 21, 2009, in order to file its Reply to LNC and Admar's Opposition to Walgreens' Motion to Dismiss or Stay Third Party Complaint (DE: #37). A proposed Order is attached.

Dated:  August 6, 2009                         Respectfully submitted,


By:    s/ Jeffrey H. Kamenetsky
       Jeffrey H. Kamenetsky, Esq. (FL. Bar # 114571)
       Email:  jkamenetsky@cwiplaw.com
       Alan M. Weisberg, Esq. (FL. Bar # 047349)
       CHRISTOPHER & WEISBERG, P.A.
       200 East Las Olas Boulevard, Ste 2040
       Fort Lauderdale, Florida 33301
       Telephone: (954) 828-1488
       Facsimile: (954) 828-9122
       *Attorneys for Plaintiff Atico International USA, Inc.*

## CERTIFICATE OF COUNSEL

Pursuant to Local Rule 7.1, I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in this motion and, as stated above in paragraph 8, LNC and Admar do not object to the requested relief.

s/ Jeffrey H. Kamenetsky, Esq.
Jeffrey H. Kamenetsky, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2009, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Jeffrey H. Kamenetsky
Jeffrey H. Kamenetsky, Esq.

4

**SERVICE LIST**

*Atico International USA, Inc. v. Luv n' care, Ltd.*
CASE NO.: 09-60397-CIV-COHN/SELTZER
United States District Court, Southern District of Florida

James A. Gale, Esq.
Florida Bar Number 371726
jgale@feldmangale.com
Susan J. Latham, Esq.
Florida Bar Number 687391
slatham@feldmangale.com
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd
Miami, FL 33131

Todd M. Malynn, Esq.
California Bar Number 181595
tmalynn@feldmangale.com
FELDMAN GALE, P.A.
Promenade West
880 W First Street, Suite 315
Los Angeles, CA  90012

s/Jeffrey Kamenetsky_____
Jeffrey H. Kamenetsky, Esq.

165763