UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ATICO INTERNATIONAL USA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LUV N' CARE, LTD., a Louisiana corporation, and ADMAR INTERNATIONAL, INC., a Delaware corporation,<br><br>    Defendants. | CASE NO.: 09-60397-CIV-COHN/SELTZER |

### ORDER GRANTING WALGREENS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO LUV N' CARE AND ADMARS' OPPOSITION TO WALGREENS' MOTION TO DISMISS OR STAY THIRD PARTY COMPLAINT

THIS CAUSE is before the Court on Walgreen Co.'s (Walgreens) Unopposed Motion for Extension to File Reply to Luv N' Care (LNC) and Admar International, Inc.'s (Admar) Opposition to Walgreens' Unopposed Motion to Dismiss or Stay Third Party Complaint (DE #43). The Court reviewed Walgreens' Unopposed Motion for Extension of Time and is otherwise advised in premises. It is hereby

ORDERED AND ADJUDGED that Walgreens' Reply to LNC and Admars' Opposition to Walgreens' Unopposed Motion for Extension of Time or Stay Third Party Complaint (DE #43) is GRANTED. Walgreens has until August 21, 2009 to Reply to LNC and Admars' Opposition.

DONE AND ORDERED this ___ day of August, 2009.

_____
JAMES I. COHN
United States District Court Judge

Copies to All Counsel of Record