FILING FEE
PAID $75.00
Pro hac 008070
Vice
Steven M. Larimore, Clerk

FILED by GME D.C.

SEP 10 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, and WALGREEN
CO., an Illinois corporation

        Plaintiffs,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

        Defendants.
_____/

## APPLICATION FOR LIMITED APPEARANCE OF JOE D. GUERRIERO, REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING, AND CONSENT TO DESIGNATION.

In accordance with Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully requests that the Court admit Joe D. Guerriero, General Counsel of Nuby, Inc., 3030 Aurora, Monroe, Louisiana 71201, telephone: (318) 338-3603, electronic mail: JoeD@nuby.com, for purposes of limited appearance as co-counsel on behalf of Luv N' Care, Ltd. and Admar International, Inc. in the above styled case only. Additionally, the undersigned respectfully requests that this Court permit Joe D. Guerriero to electronically receive Notices of Electronic Filing in this case pursuant to Section 2B of the CM/ECF Administrative Procedures of the United States District Court for the Southern District of Florida. In support thereof, the undersigned states as follows:

    1.    Joe D. Guerriero is a member in good standing of The Louisiana Bar, The Tennessee Bar, the United States Supreme Court, the United States Court of Appeals for the

1

Fifth Circuit, and the United States District Courts for the Western District of Louisiana, the Middle District of Louisiana, the Eastern District of Louisiana, the Northern District of Mississippi, and the Eastern District of Texas but Mr. Guerriero is not admitted to practice in the Southern District of Florida.

2.   Movant, James A. Gale, of the law firm of Feldman Gale, P.A., One Biscayne Tower, 30th Floor, 2 South Biscayne Boulevard, Miami, Florida 33131, telephone: (305) 358-5001, electronic-mail: JGale@FeldmanGale.com, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida. James A. Gales maintains an office within this State and District for the practice of law, and is authorized to file through the Court's electronic filing system. James A. Gale consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with this Court's CM/ECF Administrative Procedures. *See* Rule 4.B.3. of the S.D.Fla. Special Rules Governing the Admission and Practice of Attorneys; and Section 2B of the S.D.Fla. CM/ECF Administrative Procedures.

3.   Joe D. Guerriero, by and through designated counsel and pursuant to Section 2B of this Court's CM/ECF Administrative Procedures, hereby requests that this Court provide Notices of Electronic Filing to him at his e-mail address: JoeD@nuby.com.

4.   In accordance with this Court's Local Rules, Joe D. Guerriero has made payment of this Court's $ 75.00 admission fee. A certification in accordance with Rule 4.B.1. of this Court's Special Rules Governing the Admission and Practice of Attorneys is attached hereto.

WHEREFORE, James A. Gale moves this Court to enter an Order admitting Joe D. Guerriero to appear before this Court on behalf of Luv N' Care, Ltd. and Admar International, Inc. for all purposes relating to the proceedings in the above-styled matter, and directing the Clerk to provide Notices of Electronic Filing to Joe D. Guerriero at JoeD@nuby.com. A proposed Order is attached.

Dated: September 9th, 2009.

Respectfully submitted,
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131-4332
Telephone: 305-358-5001
Facsimile: 305-358-3309

By: /s/ James Q. Gale
James A. Gale / 371726
E-mail: JGale@FeldmanGale.com
Susan J. Latham / 687391
E-mail: SLatham@FeldmanGale.com
*Attorneys for Defendants Luv N' Care, Ltd. and Admar International, Inc.*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, and WALGREEN
CO., an Illinois corporation

               **Plaintiffs,**

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

               **Defendants.**
_____/

### CERTIFICATION OF JOE D. GUERRIERO

I, Joe D. Guerriero, pursuant to Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of The Louisiana Bar, The Tennessee Bar, the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Western District of Louisiana, the Middle District of Louisiana, the Eastern District of Louisiana, the Northern District of Mississippi, and the Eastern District of Texas.

By: /s/ Joe D. Guerriero
Joe D. Guerriero
NUBY, INC.
3030 Aurora
Monroe, LA 71201
Telephone: (318) 338-3603
Facsimile: (318) 388-5892
E-mail: JoeD@nuby.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, and WALGREEN
CO., an Illinois corporation

                Plaintiffs,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

                Defendants.
_____/

## ORDER GRANTING JOE D. GUERRIERO'S APPLICATION FOR LIMITED APPEARANCE AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS MATTER came before the Court on the Motion for Limited Appearance of Joe D. Guerriero, Request to Electronically Receive Notices of Electronic Filing, and Consent to Designation. The Court, having considered the Motion and all other relevant factors, it hereby

**ORDERS AND ADJUDGES** that:

1. The Motion is hereby **GRANTED**.

2. Joe D. Guerriero is admitted for the limited purpose of appearing and participating in this action on behalf of Luv N' Care, Ltd. and Admar International, Inc..

3. The Clerk shall provide electronic notification of all electronic filings to Joe D. Guerriero at the following e-mail address: JoeD@nuby.com.

**DONE AND ORDERED** in Chambers, Ft. Lauderdale, Florida this ____ day of September, 2009.

                                                      _____
                                                      JUDGE JAMES I. COHN
                                                      UNITED STATES DISTRICT JUDGE

Copies to:
Parties of Record.

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 10th day of September 2009, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified.

*/s/ Theresa Lee*
THERESA LEE

## SERVICE LIST

*Atico International USA, Inc. v. Luv N' Care, Ltd., et al.*
Case No. 09-60397-CIV-COHN/SELTZER
United States District Court, Southern District of Florida

Jeffrey H. Kamenetsky and
Jason R. Buratti
Christopher & Weisburg, P.A.
200 East Las Olas Blvd., Suite 2040
Ft. Lauderdale, FL 33301
Phone: 954-828-1488
Facsimile: 954-828-9122
*Via U.S. MAIL.*

8