FILING FEE
PAID $75.00
Pro hac Vice 1008069
Steven M. Larimore, Clerk

FILED by GME D.C.
SEP 10 2009
STEVEN M. LARIMORE,
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

        Plaintiff,

v.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

        Defendants.
_____/

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

        Counterclaim and
        Third Party Plaintiffs,

v.

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois corporation,

        Third Party Defendant
_____/

### APPLICATION FOR LIMITED APPEARANCE OF MORRIS E. COHEN, REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING, AND CONSENT TO DESIGNATION.

    In accordance with Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully requests that the Court admit Morris E. Cohen, of Pearl Cohen Zedek Latzer LLP, 1500 Broadway, 12th Floor, New York, New York 10036, telephone: (646) 878-0811, electronic mail: MorrisC@pczlaw.com, for purposes of limited appearance as co-counsel on behalf of Luv N' Care, Ltd. and Admar International, Inc. in the above styled case only.

1

Additionally, the undersigned respectfully requests that this Court permit Morris E. Cohen to electronically receive Notices of Electronic Filing in this case pursuant to Section 2B of the CM/ECF Administrative Procedures of the United States District Court for the Southern District of Florida. In support thereof, the undersigned states as follows:

1. Morris E. Cohen is a member in good standing of the New York bar (admitted to the Appellate Division, 2nd Department of the State of New York), and the bars of the U.S. Supreme Court, U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of New York, U.S. District Court for the Eastern District of Texas, and as a registered patent attorney before the U.S. Patent and Trademark Office but Mr. Cohen is not admitted to practice in the Southern District of Florida.

2. Movant, James A. Gale, of the law firm of Feldman Gale, P.A., One Biscayne Tower, 30th Floor, 2 South Biscayne Boulevard, Miami, Florida 33131, telephone: (305) 358-5001, electronic-mail: JGale@FeldmanGale.com, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida. James A. Gales maintains an office within this State and District for the practice of law, and is authorized to file through the Court's electronic filing system. James A. Gale consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with this Court's CM/ECF Administrative Procedures. *See* Rule 4.B.3. of the S.D.Fla. Special Rules Governing the Admission and Practice of Attorneys; and Section 2B of the S.D.Fla. CM/ECF Administrative Procedures.

3. Morris E. Cohen, by and through designated counsel and pursuant to Section 2B of this Court's CM/ECF Administrative Procedures, hereby requests that this Court provide Notices of Electronic Filing to him at his e-mail address: MorrisC@pczlaw.com.

4. In accordance with this Court's Local Rules, Morris E. Cohen has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4.B.1. of this Court's Special Rules Governing the Admission and Practice of Attorneys is attached hereto.

WHEREFORE, James A. Gale moves this Court to enter an Order admitting Morris E. Cohen to appear before this Court on behalf of Luv N' Care, Ltd. and Admar International, Inc. for all purposes relating to the proceedings in the above-styled matter, and directing the Clerk to provide Notices of Electronic Filing to Morris E. Cohen at MorrisC@pczlaw.com. A proposed Order is attached.

Dated: September 9th, 2009.

Respectfully submitted,
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131-4332
Telephone: 305-358-5001
Facsimile: 305-358-3309

By: /s/ James A. Gale
James A. Gale / 371726
E-mail: JGale@FeldmanGale.com
Susan J. Latham / 687391
E-mail: SLatham@FeldmanGale.com
*Attorneys for Defendants Luv N' Care, Ltd. and Admar International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

**ATICO INTERNATIONAL USA, INC.,**
a Delaware corporation,

       **Plaintiff,**

v.

**LUV N' CARE, LTD.,** a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.,** a
Delaware corporation,

       **Defendants.**
_____/

**LUV N' CARE, LTD.,** a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.,** a
Delaware corporation,

       **Counterclaim and**
       **Third Party Plaintiffs,**

v.

**ATICO INTERNATIONAL USA, INC.,**
a Delaware corporation, **Counterclaim Defendant**
and **WALGREEN CO.,** an Illinois corporation,

       **Third Party Defendant**
_____/

## CERTIFICATION OF MORRIS E. COHEN

    I, Morris E. Cohen, pursuant to Rule 4.B. of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the New York bar (admitted to the Appellate Division, 2nd Department of the State of New York), and the bars of the U.S. Supreme Court, U.S. Court of Appeals for the Federal Circuit, U.S. Court of Appeals for the Second Circuit, U.S. Court of Appeals for the Fifth Circuit, U.S. District Court for the Southern District of New York, U.S. District Court for the Eastern District of New York, U.S.

4

District Court for the Eastern District of Texas, and as a registered patent attorney before the U.S. Patent and Trademark Office.

By: /s/ Morris E. Cohen
Morris E. Cohen
Pearl Cohen Zedek Latzer LLP.
1500 Broadway, 12th Floor
New York, New York 10036
Telephone: (646) 878-0811.
Facsimile: (646) 878-0801.
E-mail: MorrisC@pczlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

    **Plaintiff,**

v.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

    **Defendants.**
_____/

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

    **Counterclaim and**
    **Third Party Plaintiffs,**

v.

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois corporation,

    **Third Party Defendant**
_____/

### ORDER GRANTING MORRIS E. COHEN'S APPLICATION FOR LIMITED APPEARANCE AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

  THIS MATTER came before the Court on the Motion for Limited Appearance of Morris E. Cohen, Request to Electronically Receive Notices of Electronic Filing, and Consent to Designation. The Court, having considered the Motion and all other relevant factors, it hereby

  **ORDERS AND ADJUDGES** that:

  1.  The Motion is hereby **GRANTED**.

    2.    Morris E. Cohen is admitted for the limited purpose of appearing and participating in this action on behalf of Luv N' Care, Ltd. and Admar International, Inc..

    3.    The Clerk shall provide electronic notification of all electronic filings to Morris E. Cohen at the following e-mail address: MorrisC@pczlaw.com.

**DONE AND ORDERED** in Chambers, Ft. Lauderdale, Florida this ____ day of September, 2009.

_____
JUDGE JAMES I. COHN
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Parties of Record.

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 10th day of September 2009, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified.

*[signature]*
THERESA LEE

## SERVICE LIST

*Atico International USA, Inc. v. Luv N' Care, Ltd., et al.*
Case No. 09-60397-CIV-COHN/SELTZER
United States District Court, Southern District of Florida

Jeffrey H. Kamenetsky and
Jason R. Buratti
Christopher & Weisburg, P.A.
200 East Las Olas Blvd., Suite 2040
Ft. Lauderdale, FL 33301
Phone: 954-828-1488
Facsimile: 954-828-9122
*Via U.S. MAIL.*