UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

    Plaintiff,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Defendants.
_____/

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Counterclaim and
    Third Party Plaintiffs,

vs.

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois corporation,

    Third Party Defendants.
_____/

### ORDER GRANTING MOTION FOR LIMITED APPEARANCE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court on the Motion for Limited Appearance (DE 53) and it appearing that all requirements of Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys have been met and the Court being otherwise sufficiently advised, it is hereby ORDERED that the Motion (DE 53) is GRANTED. Morris

E. Cohen Esq., of Pearl Cohen Zedek Latzer LLP, may appear herein as co-counsel for Luv N' Care, Ltd. and Admar International, Inc. The Court reserves the power to withdraw permission for limited appearance prior to and during the time of trial. Failure to abide by any Court order may result in immediate revocation of counsel's *pro hac vice* status.

Attorney James A. Gale, of the law firm Feldman Gale, P.A., is designated as local counsel with whom the Court and opposing counsel may communicate and upon whom papers may be served. Local counsel must be ready to adequately represent Luv N' Care, Ltd. and Admar International, Inc. at any time.

It is further ORDERED that the Clerk shall provide electronic notification of all electronic filings to attorney Morris E. Cohen at MorrisC@pczlaw.com

DONE AND ORDERED in Fort Lauderdale, Florida, this 14th day of September 2009.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record