# EXHIBIT "A"

Proposed Order
on
Motion to Exceed Page Limit

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

        Plaintiff,

v.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

        Defendants.
_____/

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNATIONAL, INC., a
Delaware corporation,

        Counterclaim and
        Third Party Plaintiffs,

v.

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois corporation, Third
Party Defendant
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMIT WITHIN WHICH TO MOVE TO COMPEL PLAINTIFF TO PRODUCE DOCUMENTS IN RESPONSE TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION

THIS MATTER came before the Court on the Defendants' Motion to Exceed Page Limit Within Which to Move to Compel Plaintiff to Produce Documents in Response to Defendants' First Set of Requests for Production to Plaintiff ("Motion to Exceed Page Limit"). The Court, being fully apprised of the premises, hereby

**ORDERS AND ADJUDGES** that:

1. Defendants' Motion to Exceed Page Limit is hereby **GRANTED**.

2. Defendants may file a motion to compel the Plaintiff to produce documents in response to Defendants' First Set of Requests for Production to Plaintiff that shall not exceed forty-five (45) pages in length.

3. Defendants'/Counterplaintiffs' Motion to Compel Atico International USA, Inc. to Produce Documents is accepted as filed on September 18, 2009.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this ____ day of September 2009.

_____
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Parties of Record.