UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

    Plaintiff,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Defendants.
_____/

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Counterclaim and
    Third Party Plaintiffs,

vs.

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois corporation,

    Third Party Defendants.
_____/

## ORDER

    THIS CAUSE is before the Court on Defendants' Motion for Entry of Protective Order (DE 56) and was referred to the undersigned pursuant to 28 U.S.C. § 636 (DE 3). The Court having considered the Motion and being otherwise sufficiently advised, it is hereby ORDERED as follows:

    1.    Atico International, USA Inc. ("Atico) and Walgreen Co. ("Walgreen") shall

serve and file their Response to Defendants' Motion on or before 4:00 p.m. on Friday, September 25, 2009.

2. Defendants shall then serve and file their Reply to Atico's and Walgreeen's Response on or before 4:00 p.m. on October 1, 2009.

DONE AND ORDERED in Fort Lauderdale, Florida, this 21st day of September 2009.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record