UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

    Plaintiff,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Defendants.
_____/

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Counterclaim and
    Third Party Plaintiffs,

vs.

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois corporation,

    Third Party Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendants' Motion to Exceed Page Limit Within Which to Move to Compel Plaintiff to Produce Documents in Response to Defendants' First Request for Production (DE 57) and the Court having considered the Motion and being otherwise sufficiently advised, it is hereby ORDERED as follows:

    1.    Defendants' Motion to Exceed Page Limit (DE 57) is GRANTED.

      2.    Defendants may file a motion to compel the Plaintiff to produce documents in response to Defendants' First Set of Requests for Production to Plaintiff that shall not exceed forty-five (45) pages in length.

      3.    Defendants/Counterplaintiffs' Motion to Compel Atico International USA, Inc. to Produce Documents is DEEMED filed on September 18, 2009.

DONE AND ORDERED in Fort Lauderdale, Florida, this 21st day of September 2009.

*/s/ Barry S. Seltzer*
BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record