UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

    Plaintiff,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Defendants.
_____/

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Counterclaim and
    Third Party Plaintiffs,

vs.

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois corporation,

    Third Party Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendants'/Counterclaim Plaintiffs' Motion to Compel Atico International USA, Inc. to Produce Documents (DE 58) and the Court having considered the Motion and being otherwise sufficiently advised, it is hereby ORDERED as follows:

    1.    On or before Friday, September 25, 2009, (local) counsel for

Defendants/Counterclaim Plaintiffs Luv n' care, Ltd. and Admar International and counsel for Atico International USA, Inc. shall meet and confer in person in a good faith attempt to resolve the issues raised by the instant motion. On or before 10:00 a.m. on Wednesday, September 30, 2009, the parties shall file a Joint Status Report detailing the outcome of this meeting and identifying the discovery responses/requests (by number) that remain at issue, if any.

2. Atico International USA, Inc. shall serve and file its Response to Defendants'/Counterclaim Plaintiffs' Motion, addressing (with support) the remaining issues raised by the instant motion, if any, on or before 4:00 p.m. on Monday, October 5, 2009.

3. Defendants'/Counterclaim Plaintiffs shall serve and file their Reply to Atico International USA, Inc.'s Response on or before 3:00 p.m. on October 13, 2009.[1]

DONE AND ORDERED in Fort Lauderdale, Florida, this 22nd day of September 2009.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record

---

[1] This Court expects counsel to cooperate and to fully comply with the applicable rules in all proceedings in this cause. See S.D. Fla. L.R. 11.1.C (incorporating the Rules Regulating The Florida Bar into Local Rules); Preamble, Guidelines for Professional Conduct, Florida Bar Rules (noting that attorneys have a "duty of courtesy and cooperation with fellow professionals for the efficient administration of our system of justice and the respect of the public it serves")