UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

       Plaintiff,

v.

LUV N' CARE, LTD., a Louisiana Corporation,
and ADMAR INTERNATIONAL, INC.,
a Delaware Corporation,

       Defendants.
_____/

LUV N' CARE, LTD., a Louisiana Corporation,
and ADMAR INTERNATIONAL, INC.,
a Delaware Corporation,

       Counterclaim and
       Third Party Plaintiffs,

v.

ATICO INTERNATIONAL USA, INC.,
a Delaware Corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois Corporation
Third Party Defendant.
_____/



## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WILEY REIN LLP, through the undersigned counsel, enters this Notice of Appearance as counsel of record for Atico International USA, Inc. and Walgreen Co. in the above captioned matter, and requests that all further motions, notices, pleadings, discovery, and correspondence regarding this matter, be directed to the undersigned in addition to any other counsel of record.

-2-

Dated: September 24, 2009

Respectfully submitted,

*Floyd B. Chapman*

Floyd B. Chapman (Fla. Bar No.: 0982377)
WILEY REIN, LLP.
1776 K Street, N.W.
Washington, D.C. 20006
Telephone: 202.719.7308
Fax: 202.719.7049
fchapman@wileyrein.com

**Attorneys for Plaintiff Atico International USA, Inc., and Third Party Defendant Walgreen Co.**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 25, 2009, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. Same was served electronically and by U.S. mail on defendants' lead counsel:

                                                Jeffrey H. Kamenetsky, Esq.

-4-

## SERVICE LIST
*Atico International USA, Inc. v. Luv n' care, Ltd.*
CASE NO.: 09-60397-CIV-COHN/SELTZER
United States District Court, Southern District of Florida

James A. Gale, Esq.
Florida Bar Number 371726
jgale@feldmangale.com
Susan J. Latham, Esq.
Florida Bar Number 687391
slatham@feldmangale.com
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd
Miami, FL 33131

Todd M. Malynn, Esq.
California Bar Number 181595
tmalynn@feldmangale.com
FELDMAN GALE, P.A.
Promenade West
880 W First Street, Suite 315
Los Angeles, CA 90012

                                                                      s/Jeffrey Kamenetsky
                                                                       Jeffrey H. Kamenetsky, Esq.