**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

       Plaintiff,

v.

LUV N' CARE, LTD., a Louisiana Corporation,
and ADMAR INTERNATIONAL, INC.,
a Delaware Corporation,

       Defendants.
_____/

LUV N' CARE, LTD., a Louisiana Corporation,
and ADMAR INTERNATIONAL, INC.,
a Delaware Corporation,

       Counterclaim and
       Third Party Plaintiffs,

v.

ATICO INTERNATIONAL USA, INC.,
a Delaware Corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois Corporation
Third Party Defendant.
_____/

**THIRD PARTY DEFENDANT WALGREEN CO.'S BRIEF CONCERNING CERTAIN
PROTECTIVE ORDER PROVISIONS**

       Third Party Defendant Walgreen Co. ("Walgreen") submits its brief in response to

Defendants' (Luv N'Care, Ltd. and Admar International, Inc.) Motion for Entry of a Protective

Order pursuant to the Court's September 21 Order (Docket No. (DE) 59).

       Walgreen has filed a motion requesting the Court to dismiss Walgreen from this action.

This motion is fully briefed. Nevertheless, Walgreen has produced documents in this action

pursuant to discovery requests and shares Atico's concerns as to Paragraphs 6, 7 and 9. In particular, Walgreen agrees with Atico that it is improper for Defendants to seek broad license to use parties' highly confidential information in any number of unstated actions, which even Walgreen may not be a party to. Walgreen further objects to Defendants' attempts to insert a right to use documents in the New York action, where a similar dispute over discovery is already briefed and pending before the New York Court. Moreover, Walgreen objects to Defendants' attempts to provide access to its highly confidential information to Defendants' general counsel.

Accordingly, Walgreen joins Atico's request for the Court to enter a Protective Order with Atico's version of the disputed provisions.

Respectfully submitted,

/s/ Alan M. Weisberg
Alan M. Weisberg (Fla. Bar No.: 0479349)
CHRISTOPHER & WEISBERG, P.A.
200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Telephone: (954) 828-1488
Facsimile: (954) 828-9122
aweisberg@cwiplaw.com

Floyd Chapman (Fla. Bar No.: 0982377)
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C. 20006
Telephone: 202.719.7308
Fax: 202.719.7049
fchapman@wileyrein.com

**Attorneys for Walgreen Co.**

Dated: September 25, 2009

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on September 25, 2009, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      /s/   Alan M. Weisberg

**SERVICE LIST**
*Atico International USA, Inc. v. Luv n' care, Ltd.*
CASE NO.: 09-60397-CIV-COHN/SELTZER
United States District Court, Southern District of Florida

James A. Gale, Esq.
Florida Bar Number 371726
jgale@feldmangale.com
Susan J. Latham, Esq.
Florida Bar Number 687391
slatham@feldmangale.com
FELDMAN GALE, P.A.
One Biscayne Tower, 30th Floor
2 South Biscayne Blvd
Miami, FL 33131

Todd M. Malynn, Esq.
California Bar Number 181595
tmalynn@feldmangale.com
FELDMAN GALE, P.A.
Promenade West
880 W First Street, Suite 315
Los Angeles, CA 90012

Joe D. Guerriero
General Counsel of Nuby Inc
3030 Aurora
Monroe , LA 71201
318-338-3603
Email: joed@nuby.com
*PRO HAC VICE*

Morris E. Cohen
Pearl Cohen Zedek Latzer LLP
1500 Broadway
12th Floor
New York , NY 10036
646-878-0811
Email: morrisc@pczlaw.com
*PRO HAC VICE*

                                            /s/   Alan M. Weisberg
                                            Alan M. Weisberg, Esq.