UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

**ATICO INTERNATIONAL USA, INC.,**
a Delaware corporation,

    **Plaintiff,**

v.

**LUV N' CARE, LTD.,** a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.,** a
Delaware corporation,

    **Defendants.**
_____/

**LUV N' CARE, LTD.,** a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.,** a
Delaware corporation,

    **Counterclaim and**
    **Third Party Plaintiffs,**

v.

**ATICO INTERNATIONAL USA, INC.,**
a Delaware corporation, Counterclaim Defendant
and **WALGREEN CO.,** an Illinois corporation, Third
Party Defendant
_____/

### ORDER GRANTING DEFENDANTS' MOTION TO EXCEED PAGE LIMIT WITHIN WHICH TO MOVE TO COMPEL WALGREEN TO PRODUCE DOCUMENTS IN RESPONSE TO DEFENDANTS' REQUESTS FOR PRODUCTION

  THIS MATTER came before the Court on the Defendants' Motion to Exceed Page Limit Within Which to Move to Compel Walgreen to Produce Documents in Response to Defendants' Requests for Production ("Motion to Exceed Page Limit"). The Court, being fully apprised of the premises, hereby

**ORDERS AND ADJUDGES** that:

1. Defendants' Motion to Exceed Page Limit is hereby **GRANTED**.

2. Defendants may file a motion to compel Walgreen to produce documents in response to Defendants' Requests for Production to Plaintiff that shall not exceed fifty-five (55) pages in length.

3. Defendants'/Counterplaintiffs' Motion to Compel Walgreen to Produce Documents is accepted as filed on September 28, 2009.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this \_\_\_\_ day of September 2009.

_____
UNITED STATES MAGISTRATE JUDGE

<u>Copies to:</u>
Parties of Record.