UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

    Plaintiff,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Defendants.
_____/

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Counterclaim and
    Third Party Plaintiffs,

vs.

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois corporation,

    Third Party Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendants/Counterplaintiffs Luv n' Care Ltd.'s and Admar International, Inc.'s ("Defendants") Motion to Exceed Page Limit Within Which to Move to Compel Walgreen Co. to Produce Documents in Response to Defendants' Request for Production of Documents (DE 65) and the Court having considered the Motion and being otherwise sufficiently advised, it is hereby ORDERED as follows:

1. Defendants' Motion to Exceed Page Limit (DE 65) is GRANTED.

2. Defendants may file a motion to compel Walgreen Co. to produce documents in response to Defendants' Requests for Production that shall not exceed fifty-five (55) pages in length.

3. Defendants' Motion to Compel Production of Documents by Walgreen Co and Deposition of Jeffrey Kruckman is DEEMED filed on September 28, 2009.

DONE AND ORDERED in Fort Lauderdale, Florida, this 21st day of September 2009.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record