UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

    Plaintiff,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Defendants.
_____/

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Counterclaim and
    Third Party Plaintiffs,

vs.

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois corporation,

    Third Party Defendants.
_____/

ORDER

    THIS CAUSE is before the Court on Defendants/Counterclaim Plaintiffs' Luv n' care, Ltd.'s and Admar International's ("Counter-plaintiffs") Motion to Compel Production of Documents by Walgreen Co. and Deposition of Jeffrey Kruckman (DE 66) and the Court having considered the Motion and being otherwise sufficiently advised, it is hereby ORDERED as follows:

1.      On or before Monday, October 5, 2009, local counsel for Counter-plaintiffs and local counsel for Walgreen Co. shall meet and confer in person in a good faith attempt to resolve the issues raised by the instant motion. On or before 10:00 a.m. on Wednesday, October 8, 2009, the parties shall file a Joint Status Report detailing the outcome of this meeting and identifying the discovery responses/requests (by number) that remain at issue, if any.

2.      Walgreen Co. shall serve and file its Response to Counter-Plaintiffs' Motion, addressing (with support) the remaining issues raised by the instant motion, if any, on or before 4:00 p.m. on Wednesday, October 14, 2009.

3.      Counter-plaintiffs shall serve and file their Reply to Walgreen Co.'s Response on or before 3 :00 p.m. on October 21, 2009.[1]

DONE AND ORDERED in Fort Lauderdale, Florida, this 29th day of September 2009.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record

---

[1] This Court expects counsel to cooperate and to fully comply with the applicable rules in all proceedings in this cause. See S.D. Fla. L.R. 11.1.C (incorporating the Rules Regulating The Florida Bar into Local Rules); Preamble, Guidelines for Professional Conduct, Florida Bar Rules (noting that attorneys have a "duty of courtesy and cooperation with fellow professionals for the efficient administration of our system of justice and the respect of the public it serves")