UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

    Plaintiff,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Defendants.
_____/

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Counterclaim and
    Third Party Plaintiffs,

vs.

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois corporation,

    Third Party Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the ~~(Joint)~~ Status Report on Defendants' and Plaintiff's Meet and Confer Regarding Defendants' Motion to Compel Atico to Produce Documents (DE 69) and the Court being otherwise sufficiently advised, it is hereby ORDERED as follows:

    1.    On or before noon on Friday, October 2, 2009, the parties shall file a <u>Joint</u>

Status Report detailing the outcome of their September 25, 2009 meeting as to Defendants'/Counterclaim Plaintiffs' Motion to Compel Atico International USA, Inc. to Produce Documents (DE 58) and identifying the discovery responses/requests (by number) that remain at issue, if any. See Order (DE 61).

2. Atico International USA, Inc. shall serve and file its Response to Defendants'/Counterclaim Plaintiffs' Motion to Compel Atico International USA, Inc. to Produce Documents (DE 58), addressing (with support) the remaining issues raised by the instant motion, if any, on or before 4:00 p.m. on Monday, October 6, 2009.

3. Defendants'/Counterclaim Plaintiffs shall serve and file their Reply to Atico International USA, Inc.'s Response on or before 3:00 p.m. on October 14, 2009.

DONE AND ORDERED in Fort Lauderdale, Florida, this 30th day of September 2009.

*BARRY S. SELTZER*
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record