UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

        **Plaintiff,**

v.

**LUV N' CARE, LTD.**, a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.**, a
Delaware corporation,

        **Defendants.**
_____/

**LUV N' CARE, LTD.**, a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.**, a
Delaware corporation,

        **Counterclaim and**
        **Third Party Plaintiffs,**

v.

**ATICO INTERNATIONAL USA, INC.,**
a Delaware corporation, Counterclaim Defendant
and **WALGREEN CO.**, an Illinois corporation, Third
Party Defendant
_____/

**JOINT MOTION FOR EXTENSION OF TIME
TO COMPLY WITH ORDERS D.E.# 68 AND D.E.# 70**

Defendants ("Luv n' care" or "LNC") and Admar International, Inc. ("Admar"), jointly with Plaintiff Atico International USA, Inc. ("Atico") and Third Party Defendant Walgreen Co. ("Walgreen"), (collectively, the "Parties"), respectfully move the Court for entry of an order granting them an extension of time to comply with the Court's Orders D.E.#68 and D.E.#70. In support thereof, the Parties state as follows:

1. On September 29, 2009, this Court entered Order D.E.# 68, which requires an in-person meet and confer between Walgreen and the Defendants as to the pending motion to compel Walgreen to produce documents (D.E.# 66) on or before Monday, October 5, 2009. Additionally, the Order requires a Joint Status Report as to the outcome of the meet and confer by no later than 10:00 a.m. on Wednesday, October 8, 2009. Finally, the Order requires that Walgreen respond to the motion to compel against it by 4:00 p.m. on Wednesday, October 14, 2009 and that Defendants reply in support of the motion to compel by 3:00 p.m. on October 21, 2009.

2. On September 30, 2009, this Court entered Order D.E.# 70, which requires that Atico and the Defendants file, on or before noon on Friday, October 2, 2009, a Joint Status Report detailing the outcome of their September 25, 2009 meeting as to Defendants' motion to compel Atico to produce documents (D.E.# 58). That Order also requires that Atico serve and file its Response to the motion to compel by 4:00 p.m. on Monday, October 6, 2009. Finally, the Order requires that Defendants file their Reply in support of the motion to compel against Atico by 3:00 p.m. on October 14, 2009.

3. Undersigned Defendants' counsel will be out of state from early morning Friday, October 2, 2009 through Sunday, October 4, 2009. Additionally, on Monday, October 5, 2009, undersigned counsel will be consumed with meeting a previously scheduled briefing deadline in another litigation and has been unable to locate a colleague who would be available to cover the subject deadlines. Therefore, regrettably, Defendants' counsel is not able to meet the expedited deadlines set by Orders D.E.# 68 and # 70.

4. Atico and Walgreen's counsel have agreed to the relief requested herein and authorized the undersigned counsel to represent this relief as being jointly sought by the Parties.

5. Accordingly, the Parties request an extension of time to comply with Order D.E.# 68 such that the revised deadlines would be as follows: (a) in-person meet and confer between Walgreen and the Defendants as to the pending motion to compel Walgreen to produce documents (D.E.# 66) on or before Tuesday, October 13, 2009; (b) Joint Status Report as to the outcome of the meet and confer by 10:00 a.m. on Thursday, October 16, 2009; (c) Walgreen's Response to the motion to compel to be served and filed by 4:00 p.m. on

Thursday, October 22, 2009 and (d) Defendants reply in support of the motion to compel to be filed by 3:00 p.m. on October 29, 2009.

6. Likewise, the Parties request an extension of time to comply with Order D.E.# 70 such that the revised deadlines would be as follows: (a) Atico and Defendants to file, on or before noon on Thursday, October 8, 2009, a Joint Status Report detailing the outcome of their September 25, 2009 meeting on Defendants' motion to compel Atico to produce documents (D.E.# 58); (b) Atico to serve and file its Response to the motion to compel against it by 4:00 p.m. on Tuesday, October 13, 2009; and (c) Defendants to serve and file their Reply in support of the motion to compel against Atico by 3:00 p.m. on October 21, 2009.

7. This motion is made in good faith and not for the purposes of delay.

WHEREFORE, the Parties respectfully request that this Court grant them extensions of time, as detailed above, within which to comply with Orders D.E.# 68 & #70. A proposed Order is attached.

Dated: October 1, 2009

Respectfully submitted,

**FELDMAN GALE, P.A.**
One Biscayne Tower, 30th Floor
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-358-5001
Facsimile: 305-358-3309

By: __/s_ Susan J. Latham _____
James A. Gale / Fla. Bar no. 371726
jgale@feldmangale.com
Susan J. Latham / Fla. Bar no. 0687391
slatham@feldmangale.com
*Attorneys for Defendants/Third-party Plaintiffs*

### CERTIFICATE OF COUNSEL

Pursuant to Local Rule 7.1, I hereby certify that counsel for the Parties have conferred in a good faith effort to resolve the issues raised in this motion and, as stated above in paragraph 4, Plaintiff Atico and Third Party Defendant Walgreen agree and jointly seek the requested relief.

_____/s_ Susan J. Latham_____
SUSAN J. LATHAM

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of October, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s Susan J. Latham
SUSAN J. LATHAM

**SERVICE LIST**
*Atico International USA, Inc. v. Luv N' Care, Ltd., et al.*
Case No. 09-60397-CIV-COHN/SELTZER
United States District Court, Southern District of Florida

Alan Weisberg
aweisberg@cwiplaw.com
Jeffrey H. Kamenetsky
jkamenetsky@cwiplaw.com
Christopher & Weisberg, P.A.
200 East Las Olas Blvd., Suite 2040
Ft. Lauderdale, FL 33301
Phone: 954-828-1488
Facsimile: 954-828-9122
***Counsel for Atico International USA, Inc. and Walgreen Co.***
*Via CM/ECF*

Floyd B. Chapman
Wiley Rein, LLP
1776 K Street, N.W.
Washington, DC  20006
Email: fchapman@wileyrein.com
Phone: 202-719-7308.
Facsimile: 202-719-7049.
***Co-counsel for Atico International USA, Inc. and Walgreen Co.***
*Via CM/ECF*