UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-60397-CIV-COHN/SELTZER

**ATICO INTERNATIONAL USA, INC.,**
a Delaware corporation,

        **Plaintiff,**

v.

**LUV N' CARE, LTD.**, a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.**, a
Delaware corporation,

        **Defendants.**
_____/

**LUV N' CARE, LTD.**, a Louisiana corporation,
and **ADMAR INTERNATIONAL, INC.**, a
Delaware corporation,

        **Counterclaim and**
        **Third Party Plaintiffs,**

v.

**ATICO INTERNATIONAL USA, INC.,**
a Delaware corporation, Counterclaim Defendant
and **WALGREEN CO.**, an Illinois corporation, Third
Party Defendant
_____/

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDERS D.E.# 68 AND D.E.# 70.

THIS MATTER came before the Court on the parties' Joint Motion for Extension of Time to Comply with Orders D.E.# 68 and #70 ("Motion for Extension of Time"). The Court, being fully apprised of the premises, hereby

    **ORDERS AND ADJUDGES** that:

    1.    The Parties' Joint Motion for Extension of Time is hereby **GRANTED**.

2. The deadlines set by Order D.E.# 68 are revised to the following: (a) in-person meet and confer between Walgreen and the Defendants as to the pending motion to compel Walgreen to produce documents (D.E.# 66) on or before Tuesday, October 13, 2009; (b) Joint Status Report as to the outcome of the meet and confer by 10:00 a.m. on Thursday, October 16, 2009; (c) Walgreen's Response to the motion to compel to be served and filed by 4:00 p.m. on Thursday, October 22, 2009 and (d) Defendants reply in support of the motion to compel to be filed by 3:00 p.m. on October 29, 2009.

3. The deadlines set by Order D.E.# 70 are revised to the following: a) Atico and Defendants to file, on or before noon on Thursday, October 8, 2009, a Joint Status Report detailing the outcome of their September 25, 2009 meeting on Defendants' motion to compel Atico to produce documents (D.E.# 58); (b) Atico to serve and file its Response to the motion to compel against it by 4:00 p.m. on Tuesday, October 13, 2009; and (c) Defendants to serve and file their Reply in support of the motion to compel against Atico by 3:00 p.m. on October 21, 2009.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida this ___ day of October 2009.

_____
UNITED STATES MAGISTRATE JUDGE

Copies to:
Parties of Record.