UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

    Plaintiff,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Defendants.
_____/

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Counterclaim and
    Third Party Plaintiffs,

vs.

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois corporation,

    Third Party Defendants.
_____/

<u>ORDER</u>

    THIS CAUSE is before the Court on the parties' Joint Motion for Extension of Time to Comply with Orders DE 68 and 70 ("Motion for Extension of Time") (DE 71) and the Court having considered the joint Motion and being otherwise sufficiently advised, it is hereby ORDERED as follows:

1. The Parties' Joint Motion for Extension of Time (DE 71) is GRANTED.

2. On or before Tuesday, October 13, 2009, local counsel for Defendants/Counterclaim Plaintiffs Luv n' care, Ltd. and Admar International and local counsel for Walgreen Co. shall meet and confer <u>in person</u> in a good faith attempt to resolve the issues raised in Defendants/Counterclaim Plaintiffs' Luv n' care, Ltd.'s and Admar International's Motion to Compel Production of Documents by Walgreen Co. and Deposition of Jeffrey Kruckman (DE 66). On or before 10:00 a.m. on Thursday, October 16, 2009, the parties shall file a Joint Status Report detailing the outcome of this meeting and identifying the discovery responses/requests (by number) that remain at issue, if any. Walgreen Co. shall serve and file its Response to the Motion, addressing (with support) the remaining issues raised by the motion, if any, on or before 4:00 p.m. on Thursday, October 22, 2009. Defendants/Counterclaim Plaintiffs shall serve and file their Reply to Walgreen Co.'s Response on or before 3:00 p.m. on Thursday, October 29, 2009.

3. On or before noon on Thursday, October 8, 2009, the Defendants/Counterclaim Plaintiffs Luv n' care, Ltd. and Admar International and Atico International USA, Inc. shall file a <u>Joint Status Report</u> detailing the outcome of their September 25, 2009 meeting as to Defendants'/Counterclaim Plaintiffs' Motion to Compel Atico International USA, Inc. to Produce Documents (DE 58) and identifying the discovery responses/requests (by number) that remain at issue, if any. Atico International USA, Inc. shall serve and file its Response to Defendants'/Counterclaim Plaintiffs' Motion to Compel Atico International USA, Inc. to Produce Documents (DE 58), addressing (with support) the remaining issues raised by the motion, if any, on or before 4:00 p.m. on Tuesday, October 13, 2009. Defendants'/Counterclaim Plaintiffs shall serve and file their Reply to Atico

International USA, Inc.'s Response on or before 3:00 p.m. on Wednesday, October 21, 2009.

DONE AND ORDERED in Fort Lauderdale, Florida, this 1st day of October 2009.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record