# EXHIBIT "6"

*Kamenetsky Email of August 27, 2009*

## Susan J. Latham

| | |
|---|---|
| **From:** | Jeff Kamenetsky [jkamenetsky@cwiplaw.com] |
| **Sent:** | Thursday, August 27, 2009 11:57 AM |
| **To:** | Susan J. Latham |
| **Cc:** | Jason Buratti; Morris Cohen |
| **Subject:** | RE: Atico v. LNC et al. - Walgreen discovery and case correspondence re new exhibit |
| **Attachments:** | Draft Protective Order - Atico revised counter-redline.DOC |

Susan,

Attached is the draft protective order containing our revisions to the red-lined version you previously sent us. We oppose all of the changes in paragraphs 6 and 7 that allow confidential documents to be used in any cases other than this one. Your other revisions are acceptable.

Thanks.
Best Regards,
**Jeffrey Kamenetsky***

CHRISTOPHER & WEISBERG, P.A.
An Intellectual Property Boutique
Offices in Florida and Washington, D.C.

200 East Las Olas Boulevard, Suite 2040
Fort Lauderdale, Florida 33301
Phone: 954.828.1488 | Fax: 954.828.9122
jkamenetsky@cwiplaw.com | www.cwiplaw.com

* Admitted to Practice before the United States Patent & Trademark Office

CONFIDENTIALITY NOTE: The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

---

**From:** Susan J. Latham [mailto:slatham@FeldmanGale.com]
**Sent:** Monday, August 24, 2009 6:24 PM
**To:** Jeff Kamenetsky
**Cc:** Jason Buratti; Morris Cohen
**Subject:** RE: Atico v. LNC et al. - Walgreen discovery and case correspondence re new exhibit

Jeff:

   Attached is our counter-redline. In addition to our few redline changes, all of your redlines also remain visible except for your redlines regarding the additional designation of "highly confidential" because instead of redlining your redline and making things more confusing, I simply rejected that redline. We oppose adding a third category or designation. I did not remove any of your other redlines, but if you would like me to send a compare copy btw what I have attached here and what you sent me on Friday, I would be happy to do so.

Sincerely,
Susan

10/1/2009