UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60397-CIV-COHN/SELTZER

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation,

    Plaintiff,

vs.

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Defendants.
_____/

LUV N' CARE, LTD., a Louisiana corporation,
and ADMAR INTERNTIONAL, INC., a
Delaware corporation,

    Counterclaim and
    Third Party Plaintiffs,

vs.

ATICO INTERNATIONAL USA, INC.,
a Delaware corporation, Counterclaim Defendant
and WALGREEN CO., an Illinois corporation,

    Third Party Defendants.
_____/

## ORDER TO FILE SURREPLY

THIS CAUSE is before the Court *sua sponte*.

The Court has reviewed Defendants' Reply in Support of their Motion for Entry of a Protective Order (DE 73) ("Reply") and believes that it sets forth arguments as to which the Court would benefit from a surreply.  Accordingly, it is hereby ORDERED that Atico International, USA Inc. ("Atico") and Walgreen Co. ("Walgreen") the shall file a surreply

addressing the issues raised in Defendants' Reply (DE 73) on or before 10:00 a.m. on October 7, 2009. [1]

DONE AND ORDERED in Fort Lauderdale, Florida, this 1st day of October 2009.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All Counsel of Record

---

[1] The parties are encouraged to confer personally regarding Defendants' Motion for Entry of Protective Order (DE 56) and shall promptly notify the Court if an agreement has been reached between the parties. The Court notes the contentious tone of this litigation. The Court reiterates that it expects cooperation and compliance with the applicable rules in all proceedings in this case. See S.D. Fla. L.R. 11.1.C (incorporating the Rules Regulating The Florida Bar into Local Rules); Preamble, Guidelines for Professional Conduct, Florida Bar Rules (noting that attorneys have a "duty of courtesy and cooperation with fellow professionals for the efficient administration of our system of justice and the respect of the public it serves").